UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# FILED

MAR 1 5 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Madison Collins Jr.
7157 Marbury Ct.
District Heights, MD 20747
301-516-7756

Case: 1:07-cv-00497
Assigned To : Kennedy, Henry H.
Assign. Date : 03/15/2007
Description: COLLINS V. METROPOLITAN WASH COUNCIL GOV

VS.

Metropolitan Washington Council of Governm ...
Marie Ricasa
777 North Capitol St., NE, 3rd Floor
Washington, DC 20007

## COMPLAINT

I am filing this complaint against the Metropolitan Washington Council of Governments,

(MWCOG), and Marie Ricasa, employee of MWCOG, because of Ms. Ricasa's,

continued 8 month harassment towards me that included direct professional and character

assassination, verbal insults, threats, and an ultimate physical assault on me. In addition,

the discriminatory method the MWCOG Administration, Human Resources, HSPPS

Director and Supervisors handled the on-going situation. COGs ill-responsive reaction to

manage Ms. Ricasa's continued uncooperative work ethic unprofessional behavior and

attitude towards work and fellow employees is what I believe allowed the situation to

escalate into Ms. Ricasa assaulting me by running and pushing a 8 foot 300lb door on my

hand as I was exiting the COG Board Room. Remarkably, after this incident and my

email to the COGs Executive Director asking for immediate action and protection from

Ms. Ricasa, I was micro-managed, professionally ostracized and subsequently forced to

# RECEIVED

FEB 1 6 2007

**NANCY MAYER WHITTINGTON, CLERK**
U.S. DISTRICT COURT

resign. The following is my account of the circumstances that led me to file this complaint.

I began working at the MWCOG as a temporary administrative employee in October 2003 in COGs Transportation department for the Commuter Connections Chief. Less than a year later, I accepted a permanent position in the Health Human Services & Public Safety division (HSPPS), as assistant to the director Mr. Calvin Smith (Black Male). I was unaware until I accepted the position that there was a lot of racially motivated negative energy in the HSPPS department at that time. There was name calling and racial slurs directed at Mr. Smith by COG and HSPPS staff and it was all based on his race and gender. Mr. Smith's former assistant called daily asking questions and saying negative things about Mr. Smith and other COG staff. There was a very serious rodent problem that took months to get under control; a very hostile work environment to say the least. Regardless, I viewed the new position as an opportunity and worked closely with Ms. Ricasa (Asian Female) until structural changes made in August 2005. Ms. Ricasa displayed a generally negative attitude towards work and co-workers. She hardly spoke to others or assisted administrative staff when needed. Ms. Ricasa's favorite statement to make was "I don't care" and she would say to me "you care too much", when it came to trying to perform the tasks necessary to do the job efficiently and effectively. But, being new to the department and following the guise of Mr. Smith, I just overlooked the negativity and worked. Over that year, I believed Ms. Ricasa and I gained a mutual working respect and friendly working relationship. Ms. Ricasa would offer to buy me lunch or share breakfast with me almost daily. In return, I would always assist Ms.

Ricasa as if she were a priority with anything she needed help with. Ms. Ricasa even hired me and friends to paint her condo she was selling.

After the structural change in August 2005, Ms. Ricasa's attitude toward me changed drastically. Ms. Ricasa viewed the structural changes as me being demoted. She made statements like "you are not the man anymore" and "I don't have to listen to you". Statements I took lightly and shared with the director Mr. Smith. Ms Ricasa's behavior worsened when I was asked to take the lead on a training event scheduled for October 28th 2005, for the Co-Occurring Disorders Committee which provided CEU credits for the professionals in that field. The expected attendance was 100 – 150. Ms. Ricasa's worked on the training previously in 2004 with the event coordinator Ms. Adamoko-Bempong (Black Female), who was nearing maternity leave. I was asked to step in for Ms. Adamako-Bempong. Ms. Ricasa apparently did not like that

The previous year Ms. Ricasa handled the registration processing portion of the training and ordered the food, Ms. Adamako-Bempong did the rest. This was the first time I coordinated such an event. I expected to work closely with Ms Ricasa on this event just as I had done in the past on other projects. I tried to discuss the planning details of the event with Ms. 'Ricasa and she immediately became angry, snapped at me saying "she was only going to work with the registration portion" and that she was not listen to me or do anything I asked her, only Ms. Adamako-Bempong. The week of September 17th, again I discussed Ms. Ricasa's attitude with the Director Calvin Smith, my supervisor Nancy Rea (White Female), and Ms. Adamako-Bempong. Ms. Rea told me to discuss the situation with Ms. Adamako-Bempong. Ms. Adamako-Bempong told me not to worry. She there was one week left before her leave and that she would go over all the

3

details with me. Her daughter was born that weekend September 24th. She did not have a chance to discuss the details with me.

Monday, September 26th, I returned to work to discover through email that Ms. Adamako-Bempong had delivered her baby and would not be back until January 2006. I went to Ms. Ricasa's work area to tell her the news and again appealed to her for us to please just work together because I was in need of her help. I said to her, "Marie, what's the problem, you don't like me anymore", "Come on Marie, let's squash whatever beef you have with me", while my arm was resting on the back of her chair. Ms. Ricasa did not respond. From September 26 – October 5th, I was expecting a package from NASW, the constituent who validated the CEU accreditation for the training which Ms. Ricasa was aware of too. This was the most important aspect of the training and that information was more than a week late. I was instructed by Nancy Rea to wait until the Oct. 5th to call if I had not received the information. I was responsible for distributing the department mail before the structural change and then Ms. Ricasa took over. I noticed my mail had become lighter once Ms. Ricasa began harassing me. I make this point, because my contact information was on the registrations for both the website and brochure. I also mentioned that detail to my supervisor Nancy Rea and she still did not address Ms. Ricasa. The mail at COG arrived by 11:00 am and was generally sorted by noon daily. I was told by Ms. Rea wait until the mail arrives that last day before I called NASW. It was 4:00 Ms. Ricasa had told me twice that there was no package. I called NASW. While on the phone with the director, Ms. Ricasa walked up and threw the package on my desk. I didn't react. I went over every detail about the accreditation with the director. After my phone call I conveyed all of the information to Ms. Ricasa. She

4

became belligerent about frivolous details, screaming at the top of her lungs about what she was not going to do, and that she was not going to work with me, only Ms. Adamako-Bempong who was now out on maternity leave for the next 3 months. After this last blow up by Ms. Ricasa, I only began communicating with her by email per the instructions of Nancy Rea. Ms. Rea was well aware of Ms. Ricasa's attitude and did not address her she only admonished me. The email communications will show Ms. Ricasa's negative attitude towards me and work. Ms. Ricasa flat out refused to do anything else with this training or me once Ms. Rea, Ms. Ricasa and me all met for an update meeting about the training in Ms. Rea's office. During that meeting, Ms. Ricasa was very angry about the emails, because she was caught not being honest about moving the folders. She then became belligerent and started screaming and yelling at me, pointed her finger in my face, yelling "she was going to get me", and "she was going to file a sexual harassment claim against me and get me fired" and she backed out of the office and into the wall behind her. She was completely out of control. Ms. Rea tried to explain Ms. Ricasa's behavior toward me as something that women are taught in self defense classes when they feel threatened. She said, "You know she was attacked by a "Black Male" in the past. Less than a week later, Ms. Ricasa filed a sexual harassment charge against me describing the incident when I appealed to her to please put her problems she has with me aside and let's work together to complete this upcoming event while my hand rested on her chair. Ms. Imelda Roberts treated this very seriously. I was called into the office sat down with Ms. Roberts (Asian female) Janet Ernst (Asian Female) who both grilled me about the situation. The both steadily tried to force me to admit that I did something out of line with Ms. Ricasa. Mr. Smith was in his office 5 feet away and Ms. Renee Farrish

the one who took my position was standing right there when that happened. I was amazed at Ms. Ernst's switch in attitude towards me, because she was well aware of Ms. Ricasa's behavior because I sat in her office on several occasions and discussed the problems I was having with Ms. Ricasa, and in the department. I was written up but I refused to sign. I told them I was filing a charge of my own, because her charge was totally frivolous. That's when they went back to Ms. Ricasa and came back to me with another charge now saying that Ms. Ricasa was afraid of me. During that meeting, that's when Ms. Ernst told me "You know you are this big, bald, black guy, and she is this little bitty Asian lady", and "You know you guys can get people knocked off". When I filed my formal charge against Ms. Ricasa, that's when I found out that she was Chair, of the EEOC committee at COG. This is the group that mediates problems and charges before they go to the EEOC government agency. That is when Ms. Ricasa's relentless, aggressive and violent actions toward me really spiraled out of control. This is why I believe firmly that the supervisor's disregard of Ms. Ricasa's obstinate behavior is what is behind me being discriminated against by the entire COG Administration and management.

The completion of my complaint along with detail's, dates and timelines, can be followed through the copies of the emails I provided, and other related documents. I did not expect to be forced to resign from my job in the manner and with the abruptness in which it was done. Unfortunately, there was more evidence to support my claim through direct communications with supervisors that was left on my computer when I was forced to resign so suddenly. I am sure it can be retrieved by the COG IT department. My evidence will show that after I was harassed, threatened and frivolously accused of the

6

serious charge of Sexual Harassment, by Ms. Ricasa she then continued to harass,
embarrass and verbally abuse me over a 6-month period and ultimately assault me. This
was done in either plain of view of COG Administration, Managers, Staff or committee
members and building tenants. My claim is that COG management was aware and
acknowledged that Ms. Ricasa's actions toward me were because I am a Black Male and
did nothing to correct the situation. The COGs supervisors, human resources and
administration all disregarded my continued pleas for help and control of this situation
and told me directly and in many suggested ways that Ms. Ricasa's actions toward me
were because of my race and gender and did not address Ms. Ricasa at all, but allowed
the situation to fester until I was assaulted, and because I demanded action and contacted
the Executive Director, who claims to have an open door policy, I was retaliated against
by being micromanaged and ultimately terminated. It was suggested to me directly by
my direct supervisor Nancy Rea, Imelda Roberts, Calvin Smith and Janet Ernst that Ms.
Ricasa was reacting to me because I am a Black Male. Accounting that Ms. Ricasa was
"attacked by a Black Male in the past and that is why she is screaming at me and waiving
her arms at me and threatening you" Nancy Rea (Supervisor, Health Chief) that, "this is
funny, it's like you guys are a married couple", that, "Marie has a right to work with who
ever she wants and for any reason that does not have to be explained. She doesn't want
to work with you anymore, she afraid of you". (Imelda Roberts, Director Human
Resources) that "She maybe feels threatened by you because you're a big, black bald guy
and she is just a little bitty Asian lady, "You know you guys can get people knocked off"
(Janet Ernst, Human Resources) and "I need to just be tough and brush it off because of
who I am," I would be fighting a loosing battle "I won't let my blackness get in the way

of me making a business decision. (Calvin Smith).   In addition my charge is that the

COG administration systematically allowed Ms. Ricasa to discriminate against me and

threaten me without immediate corrective action and without that protection, Ms. Ricasa

felt comfortable enough to close that heavy door on me.  I have supplied medical records

to substantiate that claim along with the only written acknowledgement from COG that is

not dated and given to me as a hard copy from Mr. Smith, with no proof that any of the

pertinent individuals who should be responsible for handling this serious matter ever

received it.

The relief I am seeking from the court is monetary. The actions by Ms. Ricasa, and the Council of Governments seriously interrupted my life in countless ways. I was in the process of buying a home, my son was starting first grade and was in need of Before & After Care, my 3 year old daughter was scheduled to begin Day Care for the first time, and that all had to be postponed because of Ms. Ricasa's and COG's actions towards me. My creditors who I had contacted in the process of trying to clean up my credit were now pressing me about payment, because I had made arrangements to pay those bills. It was a very dramatic and stressful situation to endure. I am asking for monetary damages in the amount of $100,000.00.

Please note that I only received my "Right to Sue" letter from EEOC the week before Christmas September on or about the 21st of December 2006. The letter is dated November 16th 2006. In addition I would like time to ask the Court to accept my Pro Se complaint and allow me to the time either to possibly retain counsel or make an addendum to my complaint in more organized legal format.

Madison Collins Jr
7157 Marbury Court
District Heights, MD
20747

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-0497
HHK

## I. (a) PLAINTIFFS

Madison Collins, Jr

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Metropolitan Washington Council of Goverment

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00497
Assigned To : Kennedy, Henry H.
Assign. Date : 03/15/2007
Description: COLLINS V. METROPOLITAN WASH COUNCIL GOV

## II. BASIS OF JURISDICTION
(PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 2000

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 0   Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE    SIGNATURE OF ATTORNEY OF RECORD

NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips or completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Form/js-44.wpd



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0701 & 0739

**NOV 16 2006**

Madison Collins, Jr.
7157 Marbury Ct.
District Heights, MD 20747

RE:    Madison Collins, Jr. vs. Metropolitan Washington Council of Government
        Charge Number 570-2006-01302

Dear Mr. Collins:

Our charge handling procedures and enforcement plan call for us to focus on those cases that are most likely to result in findings of violations of the laws we enforce. Our review of the evidence that you provided at intake fails to indicate that a violation has occurred and suggests that it is not likely that additional investigation will result in our finding a violation.

According to the evidence you presented, you had ongoing problems with a female co-worker which culminated in her accusing you of sexual harassment and you accusing her of assault. Both you and this female co-worker were advised to attend training and/or EAP; to avoid interaction with one another; and that all communications between the two of you should go through your supervisor. In addition, it appears that you had a disagreement with your supervisor regarding your time and her supervision of your duties. This disagreement resulted in a disciplinary write up for you. Over one month later, you were terminated from employment and replaced by a Black male. Your provided no evidence which would lead us to believe that the employers decisions were based on your race and/or sex. This suggests that even with further investigation, it is unlikely that the Commission would be able to substantiate your claim of discrimination.

Your "Dismissal and Notice of Rights" is enclosed. If you wish to pursue the charge on your own, you may file a lawsuit in Federal District Court using the enclosed Notice. Your lawsuit must be filed within 90 days of receipt of this Notice, otherwise, your right to sue based on this charge will be lost.

                Sincerely,

                Janet A. Stump
                Janet A. Stump
                Supervisory Investigator

Enclosure

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Madison Collins, Jr.<br>7157 Marbury Ct.<br>District Heights, MD 20747 | From: Washington Field Office - 570<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|
| EEOC Charge No. | EEOC Representative<br>**Janet Stump,**<br>**Enforcement Supervisor** | Telephone No. |
| **570-2006-01302** | | **(202) 419-0700** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Janet A. Stump for*
_____
**Dana Hutter,**
**Director**

**NOV 16 2006**

*(Date Mailed)*

Enclosures(s)

cc: **Imelda Roberts**
**Human Resources Director**
**METROPOLITAN WASHINGTON COUNCIL OF**
**GOVERNMENT**
**777 N. Capitol Street, NE**
**Suite 300**
**Washington, DC 20002**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 570-2006-01302 |

EEOC CONSIGNED OFFICE

WASHINGTON. Office Of Human Rights                    and EEOC

*State or local Agency, if any*

2006 AUG -2 P 3: 56

| Name *(indicate Mr., Ms., Mrs.)* <br> **Mr. Madison Collins, Jr.** | Home Phone *(Incl. Area Code)* <br> **(301) 559-8243** | Date of Birth <br> **05-14-1965** |
|---|---|---|
| Street Address <br> **5459 16th Ave, #101, Hyattsville, MD 20782**    1801 L ST NW WASHINGTON DC 20507   City, State and ZIP Code | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name <br> **METROP. WASHINGTON COUNCIL OF GOVT** | No. Employees, Members <br> **15 - 100** | Phone No. *(Include Area Code)* <br> **(202) 962-3200** |
|---|---|---|
| Street Address <br> **777 N. Capitol St Ne,  Suite 300,  Washington, DC 20002** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN <br> ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)* | Earliest **06-01-2006**   Latest **06-16-2006** <br> ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent in December 2003 as an Administrative Temp.  I became a permanent employee around July 2004. On January 20, 2006, during a meeting in COG's board room Administrative Assistant Marie Ricasa (Asian) pushed the rear board room lounge door on to my hand, hitting my hand causing it to be cut, bruised and swollen then proceeded to push the door closed on me crushing my hand and body with me in the door way until the door was closed.  I immediately reported the incident to Health Chief Nancy Rea (White) and HSPPS Director Calvin Smith (Black) were attending the meeting. Human Resource Director Imelda Roberts (Asian) Director Smith, Human Resource Representative Janet Ernst (Asian) and Ms. Robert interrogated me about this incident in a manner that suggested they questioned my credibility. To my knowledge, no corrective action was taken. In early June 2006. Director Smith requested that I train my replacement, informing me that I would be terminated effective mid-June 2006.

I believe that I have been discriminated against based on my race (Black) and my gender (male) in violation of Title VII of the Civil Rights Act of 1964, as amended

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| **Aug 02, 2006**                 *(signature)* <br> Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**ATTACHMENT A**

**EMAIL COMMUNICATIONS BETWEEN
MADISON COLLINS & MARIE RICASA**

**Madison Collins**

From:        Madison Collins
Sent:        Monday, October 03, 2005 10:41 AM
To:          Marie Ricasa
Subject:     October Training Reg. Update Sept 30

Good Morning Marie-

Attached is the updated registration list as of last Friday.  Also, have you heard anything about the CEU credits or received any information about it?  I'm still waiting to hear something.

Thanks,

Madison Collins
MWCOG
HSPPS
777 North Capitol Street, NE, 3rd Floor
Washington, DC 20001
Phone (202) 962-3775
Fax (202) 962-3204
mcollins@mwcog.org



Online Reg as of
Sept 30th.xls...

1


## Madison Collins

| | |
|---|---|
| **From:** | Marie Ricasa |
| **Sent:** | Wednesday, October 12, 2005 9:34 AM |
| **To:** | Madison Collins |
| **Cc:** | Sandra Adomako-Bempong; Nancy Rea |

**Subject:** FYI: registrations/inquiries

I spoke to Sandra this morning about registrations/inquiries.

Since we received a check from Pathways for 10 people, please inform the people you mentioned yesterday (10 individuals who called while you were away) that they will be put on a waitlist.

I will take care of the registration I found on my chair this morning (from Jack Bresler) and will put him on the waitlist.

**From:** Madison Collins
**Sent:** Wednesday, October 12, 2005 11:33 AM
**To:** Marie Ricasa
**Cc:** Nancy Rea
**Subject:** RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

Marie-

I personally told the 7 individuals from my voicemail their registrations were accepted based on the spreadsheet numbers yesterday, one of whom is Mr. Bresler. You instructed me in your email yesterday to only refer to the spreadsheet, which now I do not have access to. Could you wait to respond to these individuals until after Nancy, Me and you meet this afternoon?

Also, did you remove the FYO6 folder from the Shared I: Drive on the LAN? If you did could you immediately put it back where it was. I need access to some of the files that were in that folder.

---

**From:** Marie Ricasa
**Sent:** Wednesday, October 12, 2005 11:08 AM
**To:** jbtherapist@yahoo.com
**Cc:** Sandra Adomako-Bempong; Madison Collins; Nancy Rea
**Subject:** Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

Greetings Mr. Bresler,

Please be informed that we received your faxed registration.
We are full at this time; however, we have put your name on the waiting list, and will inform you if a space becomes available.

Thank you for your interest.

Marie Ricasa
Metropolitan Washington Council of Governments
777 North Capitol Street, NE, Suite 300
Washington, DC 2002
Tel. (202) 962-3272

**Madison Collins**

| | |
|---|---|
| **From:** | Marie Ricasa |
| **Sent:** | Tuesday, October 11, 2005 12:56 PM |
| **To:** | Madison Collins |
| **Cc:** | Nancy Rea |
| **Subject:** | RE: Registrations As of October 11th |

Since you were looking at the worksheet this morning when I tried to get into it, you would have seen, without asking me, that there are 93 registrants as of this morning.

As I said, I keep the worksheet updated so that even if I'm not here, it is updated the last day I am in the office.

And for your information, I am not only working on the registrations for this training. I am also working on the badges and the training certificates, including the sign-in sheet

You will have this all as soon as the training is closed.

---

**From:** Madison Collins
**Sent:** Tuesday, October 11, 2005 12:27 PM
**To:** Marie Ricasa
**Cc:** Nancy Rea
**Subject:** RE: Registrations As of October 11th

I need you to notify me if the registrations are full because you were adamant about only working with the registration process of this event and I don't want to confuse things. I need to make calls to the individuals who called in to register while I was out last Thurs & Fri.

---

| | |
|---|---|
| **From:** | Marie Ricasa |
| **Sent:** | Tuesday, October 11, 2005 12:15 PM |
| **To:** | Madison Collins |
| **Cc:** | Nancy Rea |
| **Subject:** | RE: Registrations As of October 11th |

Thank you. Since I keep the worksheet updated, you can check if the event is full; but please make sure you get out of the document and don't tie it up.

We close at 100.

---

**From:** Madison Collins
**Sent:** Tuesday, October 11, 2005 12:11 PM
**To:** Marie Ricasa
**Cc:** Nancy Rea
**Subject:** Registrations As of October 11th

Marie-

Attached are the registrations as of today.

Let me know if the event is full? I have several voicemails to answer from about 10 individuals who would like to register for the event.

Madison Collins
MWCOG
HSPPS
777 North Capitol Street, NE, 3rd Floor

1

**Madison Collins**

| | |
|---|---|
| **From:** | Marie Ricasa |
| **Sent:** | Tuesday, October 11, 2005 12:15 PM |
| **To:** | Madison Collins |
| **Cc:** | Nancy Rea |
| **Subject:** | RE: Registrations As of October 11th |

Thank you. Since I keep the worksheet updated, you can check if the event is full; but please make sure you get out of the document and don't tie it up.

We close at 100.

---

**From:** Madison Collins
**Sent:** Tuesday, October 11, 2005 12:11 PM
**To:** Marie Ricasa
**Cc:** Nancy Rea
**Subject:** Registrations As of October 11th

Marie-

Attached are the registrations as of today.

Let me know if the event is full?  I have several voicemails to answer from about 10 individuals who would like to register for the event.

Madison Collins
MWCOG
HSPPS
777 North Capitol Street, NE, 3rd Floor
Washington, DC 20001
Phone (202) 962-3775
Fax (202) 962-3204
mcollins@mwcog.org

## Madison Collins

| | |
|---|---|
| **From:** | Marie Ricasa |
| **Sent:** | Wednesday, October 12, 2005 2:08 PM |
| **To:** | Madison Collins |
| **Cc:** | Nancy Rea |

**Subject:** RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

First of all, I am not a mind reader, so if I am not informed, I will not know.

Second, I never refused to work on the registration. Please do not twist facts around. I told you to get the names of the people who called you and passed them on to me. You never did.
I am not in a habit of not doing what I am assigned to do.

Third, I know what I am supposed to do and that includes the certificates, when you suddenly brought that up, when you spoke about the people who called you...and when you told me "not to put 5.5 hours on the certificates because you called NASW and they told you that we should not do that, and you ordered me not to do it.

Fourth, please refrain from accusing me of moving the files around just because you did not find it the first time.

---

**From:** Madison Collins
**Sent:** Wednesday, October 12, 2005 12:27 PM
**To:** Marie Ricasa
**Cc:** Nancy Rea
**Subject:** RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

I would not have informed you that I was going to make these calls if I was not going to get it done. This is part of the reason I cut the registration off yesterday so I could make sure there was room for the 7. The only registrations I worked with were the registrations you refused to work with or have me pass on to you. This is why in the beginning I tried to sit down and communicate with you about details so we could be on the same page, but you refused.

I did try to go into the folder this morning and it was not there. I even informed Nancy. I guess it just magically reappeared?

---

**From:** Marie Ricasa
**Sent:** Wednesday, October 12, 2005 11:45 AM
**To:** Madison Collins
**Cc:** Nancy Rea
**Subject:** RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

You told me you were going to call these people, but never informed me yesterday that you already did.

Since you did not inform me that you already spoke to these people yesterday, I have no idea.

I spoke to Sandra this morning about the check from Pathways that I got this morning and she told me to include them in the registration, and informed her about those people who called you while you were out.

Also, I am not in the business of moving files around. The last time I worked on it, it was in the same location.

## Madison Collins

| | |
|---|---|
| **From:** | Marie Ricasa |
| **Sent:** | Wednesday, October 12, 2005 11:45 AM |
| **To:** | Madison Collins |
| **Cc:** | Nancy Rea |
| **Subject:** | RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......" |

You told me you were going to call these people, but never informed me yesterday that you already did.

Since you did not inform me that you already spoke to these people yesterday, I have no idea.

I spoke to Sandra this morning about the check from Pathways that I got this morning and she told me to include them in the registration, and informed her about those people who called you while you were out.

Also, I am not in the business of moving files around. The last time I worked on it, it was in the same location.

---

**From:** Madison Collins
**Sent:** Wednesday, October 12, 2005 11:33 AM
**To:** Marie Ricasa
**Cc:** Nancy Rea
**Subject:** RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

Marie-

I personally told the 7 individuals from my voicemail their registrations were accepted based on the spreadsheet numbers yesterday, one of whom is Mr. Bresler. You instructed me in your email yesterday to only refer to the spreadsheet, which now I do not have access to. Could you wait to respond to these individuals until after Nancy, Me and you meet this afternoon?

Also, did you remove the FYO6 folder from the Shared I: Drive on the LAN? If you did could you immediately put it back where it was. I need access to some of the files that were in that folder.

---

**From:** Marie Ricasa
**Sent:** Wednesday, October 12, 2005 11:08 AM
**To:** jbtherapist@yahoo.com
**Cc:** Sandra Adomako-Bempong; Madison Collins; Nancy Rea
**Subject:** Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

Greetings Mr. Bresler,

Please be informed that we received your faxed registration.
We are full at this time; however, we have put your name on the waiting list, and will inform you if a space becomes available.

Thank you for your interest.

4/28/2006

Marie Ricasa
Metropolitan Washington Council of Governments
777 North Capitol Street, NE, Suite 300
Washington, DC 2002
Tel. (202) 962-3272

**From:** Madison Collins
**Sent:** Wednesday, October 12, 2005 2:46 PM
**To:** Marie Ricasa
**Subject:** RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

I never perceived you to be a mind reader. You told me specifically, "The calls and or voicemails were made to me so I should work on them". I only was only following your directives and or repeating what you told me. You said to me blatantly, after I had placed registrations in your chair, "Why am I giving you those registrations and that I could do them myself, and you were not touching anything I gave to you" Furthermore, the Truth does not have to be twisted around to be justified, so I am not in the business of doing that.

Lastly, in response to the NASW debacle, you unprofessionally raised your voice at me in open office, merely because I suggested to you what the director at NASW told me specifically about the program and how it works and what should be on the certificates. You disrespectfully yelled at me saying, "You were not doing anything I said, and you were only following what Sandra told you to do!"

Ms. Ricasa, I am not concerned with meaningless, frivolous details. I am only trying to focus on the fact that this is my first time working on this training and I want the entire event to go smoothly because I realize I am not simply representing myself, but also Sandra, HSPPS Health/Mental and COG.

---

**From:** Marie Ricasa
**Sent:** Wednesday, October 12, 2005 2:08 PM
**To:** Madison Collins
**Cc:** Nancy Rea
**Subject:** RE: Faxed registration for October 28 training on "Getting to the Root of the Problem: Integrated......"

First of all, I am not a mind reader, so if I am not informed, I will not know.

Second, I never refused to work on the registration. Please do not twist facts around. I told you to get the names of the people who called you and passed them on to me. You never did.
I am not in a habit of not doing what I am assigned to do.

6/13/2006

**ATTACHMENT B**

**DOCUMENTED HARRASSMENT COG
RESPONSE**

**Madison Collins**

| | |
|---|---|
| **From:** | Madison Collins |
| **Sent:** | Thursday, November 03, 2005 5:07 PM |
| **To:** | Imelda Roberts |
| **Subject:** | RE: November 2nd Incident |

**Sensitivity:**        Confidential

Thanks Imelda.

Have a nice weekend!

-----Original Message-----
From: Imelda Roberts
Sent: Thursday, November 03, 2005 5:07 PM
To: Madison Collins; Calvin Smith; Nancy Rea
Cc: Janet Ernst
Subject: RE: November 2nd Incident
Sensitivity: Confidential

Thank you for your email.  I have spoken to Calvin Smith regarding this matter yesterday.
I have asked him to take appropriate action.

I am out tomorrow and would like Janet to work with Calvin and meet with Ms. Ricasa on
this specific incident tomorrow.

I will followup when I return on Monday.

Imelda Roberts, Director
Office of Human Resources Management
Metropolitan Washington Council of Governments 202-962-3240


-----Original Message-----
From: Madison Collins
Sent: Thu 11/3/2005 4:47 PM
To: Imelda Roberts; Calvin Smith; Nancy Rea
Cc: Janet Ernst
Subject: November 2nd Incident

All-

Please see the attached memo below detailing the November 2, 2005 harassment incident.

Thank you for your attention to this serious matter.

Respectfully,

Madison Collins
MWCOG
HSPPS
777 North Capitol Street, NE, 3rd Floor
Washington, DC 20001
Phone (202) 962-3775
Fax (202) 962-3204
mcollins@mwcog.org
 <<Nov 2 incident.doc>>

1

**Madison Collins**

| | |
|---|---|
| **From:** | Madison Collins |
| **Sent:** | Wednesday, October 26, 2005 2:52 PM |
| **To:** | Imelda Roberts |
| **Subject:** | RE: Meeting |

Friday is not a good day, unless it's late in the afternoon?  The training event, that this whole issue is revolved around, is on that day.  Monday, or anytime next week would be great.

Let me know what you suggest?

Thanks Imelda!

Madison

| | |
|---|---|
| **From:** | Imelda Roberts |
| **Sent:** | Wednesday, October 26, 2005 2:45 PM |
| **To:** | Madison Collins |
| **Cc:** | Janet Ernst |
| **Subject:** | Meeting |

I have reviewed the materials given to me by Janet on Tuesday.  I would like to schedule a meeting to discuss with you this matter.  I am available at 10:00 a.m. on Friday.  You may see me in my office.  By this email, I am requesting Janet Ernst to join us in this meeting.

Thanks.

Imelda Roberts, IPMA-CP
Director, Office of Human Resources Management
Metropolitan Washington Council of Governments
202-962-3240

## Madison Collins

| | |
|---|---|
| **From:** | Imelda Roberts |
| **Sent:** | Monday, January 23, 2006 9:08 AM |
| **To:** | Madison Collins |
| **Cc:** | Calvin Smith; Janet Ernst |
| **Subject:** | RE: Harassment & Assault |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Thank you for your email. I have interviews today but I have asked your supervisors to provide me a written report on their findings and recommendation on this matter. I have also asked Janet to work with Calvin today to promptly address your issues raised in this email.

Per my prior request from your supervisors, I have advised them that any future reports both from employee and supervisor in cases of employee relations must be made in writing and not email. This will ensure that appropriate confidentiality of sensitive matters are adhered to.

Imelda Roberts, IPMA-CP
Director
Office of Human Resources Management
Metropolitan Washington Council of Governments

---

**From:** Madison Collins
**Sent:** Friday, January 20, 2006 2:08 PM
**To:** Dave Robertson; Imelda Roberts; Calvin Smith; Nancy Rea
**Cc:** Larissa Williams
**Subject:** Harassment & Assault
**Importance:** High

All-

I'm sending this notice to document the incident that occurred today in the Board Room Lounge here at COG. At approximately 12:20 today, I was upstairs getting ice from the ice machine for my State CRI meeting that was taking place in Conference Room 3. I had just spoken to Nancy Rea my direct supervisor who had asked me to get some hand cleanser for the attendees to use. After filling the ice bowl and retrieving the hand cleanser, I grabbed a cookie from the platter that was on the table. When I turned around, Ms. Ricasa was standing behind me with a grimace on her face and she was obviously blushed. Owais Rafique was behind her, and there were two other meeting attendees, not COG staff in the room. As I turned to leave the room with the ice bowl in one hand I was slowly closing the door behind me balancing the bowl of ice in the other. That is when Ms. Ricasa rushed to the door and began pushing the door closed on me! I said to her "hey what are you doing?" She said nothing but continued to push the door harder with all her weight crushing me between the door and the door frame. My hand was caught in the door leaving it bruised and swollen! I am now in a lot of pain. I plan to go to the hospital and get my hand X-rayed and file a complete report with whom ever I can to have Ms. Ricasa just simply "LEAVE ME ALONE AND LET ME WORK WITHOUT HARRASSING ME!"

**I DO NOT WANT TO BELIEVE THAT COG IS AN ORGANIZATION THAT TOLLERATES THIS KIND OF BEHAVIOR FROM IT'S EMPLOYEES AND ALLOWS EMPLOYESS TO HARRASS AND ASSAULT OTHERS ON COG PREMISIS. I HAVE JUST "TURNED THE OTHER CHEEK" WITH RESPECT TO THE WAY I HAVE HANDLED THE PREVIOUS INCIDENTS I HAVE HAD TO ENDURE HERE AT COG. I AM JUST SIMPLY TRYING TO FEED MY FAMILY AND MAINTAIN A CAREER AND DO THAT IN AN ENVIRONMENT FREE FROM THESE KINDS OF PROBLEMS. THE WAY THAT THE INCIDENTS WERE HANDLED IN THE PAST HAS MADE ME FEEL THAT I AM SEPARATE FROM THE RIGHT TO WORK LAWS AND THE COG**

**POLICIES THAT ARE SUPPOSED TO PROTECT WORKERS FROM THIS TYPE OF HARASSMENT AND DANGER.  I WANT SOME IMMEDIATE ACTION PLEASE!**

TRUTHFULLY,

MADISON COLLINS JR.

## Madison Collins

| | |
|---|---|
| **From:** | Madison Collins |
| **Sent:** | Friday, January 20, 2006 2:08 PM |
| **To:** | Dave Robertson; Imelda Roberts; Calvin Smith; Nancy Rea |
| **Cc:** | Larissa Williams |
| **Subject:** | Harassment & Assault |
| **Importance:** | High |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | Dave Robertson | Delivered: 1/20/2006 2:08 PM | |
| | Imelda Roberts | Delivered: 1/20/2006 2:08 PM | |
| | Calvin Smith | Delivered: 1/20/2006 2:08 PM | Read: 1/23/2006 8:39 AM |
| | Nancy Rea | Delivered: 1/20/2006 2:08 PM | Read: 1/20/2006 5:37 PM |
| | Larissa Williams | Delivered: 1/20/2006 2:08 PM | Read: 1/20/2006 2:09 PM |

All-

I'm sending this notice to document the incident that occurred today in the Board Room Lounge here at COG. At approximately 12:20 today, I was upstairs getting ice from the ice machine for my State CRI meeting that was taking place in Conference Room 3. I had just spoken to Nancy Rea my direct supervisor who had asked me to get some hand cleanser for the attendees to use. After filling the ice bowl and retrieving the hand cleanser, I grabbed a cookie from the platter that was on the table. When I turned around, Ms. Ricasa was standing behind me with a grimace on her face and she was obviously blushed. Owais Rafique was behind her, and there were two other meeting attendees, not COG staff in the room. As I turned to leave the room with the ice bowl in one hand I was slowly closing the door behind me balancing the bowl of ice in the other. That is when Ms. Ricasa rushed to the door and began pushing the door closed on me! I said to her "hey what are you doing?" She said nothing but continued to push the door harder with all her weight crushing me between the door and the door frame. My hand was caught in the door leaving it bruised and swollen! I am now in a lot of pain. I plan to go to the hospital and get my hand X-rayed and file a complete report with whom ever I can to have Ms. Ricasa just simply **"LEAVE ME ALONE AND LET ME WORK WITHOUT HARRASSING ME!"**

**I DO NOT WANT TO BELIEVE THAT COG IS AN ORGANIZATION THAT TOLLERATES THIS KIND OF BEHAVIOR FROM IT'S EMPLOYEES AND ALLOWS EMPLOYESS TO HARRASS AND ASSAULT OTHERS ON COG PREMISIS. I HAVE JUST "TURNED THE OTHER CHEEK" WITH RESPECT TO THE WAY I HAVE HANDLED THE PREVIOUS INCIDENTS I HAVE HAD TO ENDURE HERE AT COG. I AM JUST SIMPLY TRYING TO FEED MY FAMILY AND MAINTAIN A CAREER AND DO THAT IN AN ENVIRONMENT FREE FROM THESE KINDS OF PROBLEMS. THE WAY THAT THE INCIDENTS WERE HANDLED IN THE PAST HAS MADE ME FEEL THAT I AM SEPARATE FROM THE RIGHT TO WORK LAWS AND THE COG POLICIES THAT ARE SUPPOSED TO PROTECT WORKERS FROM THIS TYPE OF HARASSMENT AND DANGER. I WANT SOME IMMEDIATE ACTION PLEASE!**

TRUTHFULLY,

MADISON COLLINS JR.

**Madison Collins**

---

| | |
|---|---|
| **From:** | Madison Collins |
| **Sent:** | Thursday, November 03, 2005 4:47 PM |
| **To:** | Imelda Roberts; Calvin Smith; Nancy Rea |
| **Cc:** | Janet Ernst |
| **Subject:** | November 2nd Incident |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

All-

Please see the attached memo below detailing the November 2, 2005 harassment incident.

Thank you for your attention to this serious matter.

Respectfully,

Madison Collins
MWCOG
HSPPS
777 North Capitol Street, NE, 3rd Floor
Washington, DC 20001
Phone (202) 962-3775
Fax (202) 962-3204
mcollins@mwcog.org



Nov 2 incident.doc
(29 KB)

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Imelda Roberts | |
| | Calvin Smith | Read: 11/4/2005 8:56 AM |
| | Nancy Rea | Read: 11/3/2005 4:57 PM |
| | Janet Ernst | Read: 11/4/2005 8:50 AM |

1

**Date:** November 2, 2005
**To:**   COG Human Resources: Attn: Imelda Roberts
**From:** Madison Collins
**Re:**   Harassment Complaint

---

The following is an account of the incident that took place Tuesday, November 2, 2005 at approximately 11:50 am on that day. I was again verbally attacked, harassed and embarrassed by Ms. Marie Ricasa.

During an important meeting with 100 Homeland Security officials from around the region, Calvin Smith, my department director, asked me to go to his office and retrieve a file from his email. I ran down immediately to his office and began searching for the file he requested when Ms. Ricasa came to the door and asked me, "Does Calvin know you are in here". I didn't say anything to Ms. Ricasa, because I was instructed by my direct supervisor Nancy Rea, Human Resources and Calvin Smith not to say anything to Ms. Ricasa or invade her personal space. I had just met with Ms. Roberts and Ms. Ernst from human resources, the day before in which they admonished me to not say anything to Ms. Ricasa and abide by the frivolous sexual harassment complaint that Ms. Ricasa placed against me; which was to stay away from her and her personal work space. Based on what was explained to me by Ms. Roberts and Ms. Ernst, Ms. Ricasa was to abide by the same stipulations. Ms. Ricasa was in clear violation of the agreement when she questioned me. It was inappropriate because, not only did she violate the agreement, Ms. Ricasa is not my supervisor, management or Mr. Smith's direct assistant. Her actions were clearly antagonistic and I felt picked on. When I didn't say anything to Ms. Ricasa, she began raising her voice at me and said "I'm calling Security". She went over to her desk and called Security! I immediately left Calvin's office and went back to the Board Room to explain to Calvin and Nancy what happened.

This incident left me frightened, anxious, totally embarrassed and physically ill. It seems to me that I am being treated differently from Ms. Ricasa with respect to my rights as a COG employee and ability to perform my job in an atmosphere free from harassment and discriminatory treatment. I have expressed my concerns with Ms. Roberts. She assured me she would discuss this incident with both Ms. Ricasa and Mr. Smith. Pending a satisfactory outcome from that conversation, I reserve my right to file this incident with EEOC at a later date.

Respectfully,

TO: Madison Collins

FROM: Calvin Smith

RE: Incident on January 20, 2006

CC: OHRM, Dave Robertson, Lee Ruck

After a detailed investigation regarding your alleged complaint that Ms. Ricasa assaulted you in the boardroom lounge on January 30th, 2006; we have found that there are no witnesses that can either corroborate either your version of events or Ms. Ricasa's version of events. Due to the lack of corroborating evidence and lack of witnesses to this event, we are unable to make an affirmative determination of your complaint. We are aware that you injured your hand (how it was done, is unsubstantiated) and we did advise you of your rights to file a claim with Workman's Compensation. In fact, OHRM gave you the incident report three times, and you finally turned the form to OHRM on February 7, 2006. Your workman's compensation claim number for this injury has been filed and is YKYC1580. We also filed your emergency hospital room bills on your behalf to our Workman's Compensation Carrier.

With regard to your professional relationship with Ms. Ricasa, it has become clear to both myself and the staff of Human Resources who have spoken to you about this matter that there are personality and personal differences between the two of you that is causing an interruption between the normal work activities of the department. Because this situation is becoming more intolerable for both you and Ms. Ricasa, I am recommending that OHRM assist me with identifying training/and or EAP sessions that will assist you both with providing coping strategies with dealing with interpersonal relationships between the two of you including an anger management seminar. Please contact Janet Ernst to work with her in identifying appropriate resources to help you with your issues.

Finally, I also would like to emphasize former agreements made to keep both of your apart as much as possible and to avoid any interaction with each other until both of you have resolved any issues you may have against each other. Any work or communications that need to be handled between the two of you should go through your supervisor, Nancy Rea.

If you have any questions, please feel free to contact me.

**Madison Collins**

| | |
|---|---|
| **From:** | Calvin Smith |
| **Sent:** | Tuesday, February 07, 2006 8:23 AM |
| **To:** | Janet Ernst; Madison Collins |
| **Cc:** | Nancy Rea; Larissa Williams |
| **Subject:** | RE: Workman's Comp Form |

Madison,

Why is this taking so long to resolve??

 Let's get this behind us ASAP

Calvin L. Smith, Sr.
Director, Human Services, Planning & Public Safety
Metropolitan Washington Council of Governments
777 North Capitol Street, NE
Suite 300
Washington, DC 20002
202-962-3326
202-962-3204 (fax)
csmith@mwcog.org

| | |
|---|---|
| **From:** | Janet Ernst |
| **Sent:** | Monday, February 06, 2006 3:39 PM |
| **To:** | Madison Collins |
| **Cc:** | Nancy Rea; Calvin Smith; Larissa Williams |
| **Subject:** | Workman's Comp Form |
| **Importance:** | High |

Dear Madison:

We only have seven days from the date of your injury to report it to workers comp. We just received a bill in the mail for your emergency room visit, however, we cannot process it until you turn in the incident report form that I gave you over a week ago. Workers comp can deny coverage if this information is not sent in a timely manner and you would be held responsible for the visit. Please make sure that this form gets turned in before close of business today.

Thank You.
Janet

**ATTACHMENT C**

**HOSPITAL & EMERGENCY VISITS& BILLS**



## MEDICAL FACULTY ASSOCIATES
THE GEORGE WASHINGTON UNIVERSITY

2150 Pennsylvania Ave NW
Washington  DC  20037

**FORWARDING SERVICE REQUESTED**

Telephone Inquiries: 202-741-3560

| | IF PAYING BY MASTERCARD, AMERICAN EXPRESS OR VISA, FILL OUT BELOW |
|---|---|
| CHECK CARD USING FOR PAYMENT | |

| ☐ MASTERCARD | ☐ AMERICAN EXPRESS | ☐ VISA |
|---|---|---|

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 04/07/06 | 306.00 | 1436741 |
| **DUE DATE** | **SHOW AMOUNT PAID HERE** | |
| 04/22/06 | $ | |

**MAKE CHECKS PAYABLE & REMIT TO:**

565 01                                   719HC01

ADDRESSEE:

MADISON COLLINS
5459 16TH AVE APT 101
HYATTSVILLE, MD 20782-3429

GWU - MFA
P.O. Box 37056
Baltimore, MD  21297-3056

Please detach and return top portion with your payment.

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

## STATEMENT

**Page: 1 of 1**

| DATE OF SERVICE TRANSACTION | INVOICE | DESCRIPTION OF SERVICES | CHARGES | PAYMENTS ALLOWANCES | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | 306.00 | | |

| BILL DATE | PATIENT NAME | ACCOUNT # | PLEASE PAY THIS BALANCE |
|---|---|---|---|
| 04/07/06 | MADISON COLLINS | 1436741 | 306.00 |

PAYMENTS RECEIVED AFTER BILL DATE WILL APPEAR ON YOUR NEXT STATEMENT.
THIS BILL IS FOR PHYSICIAN SERVICES ONLY.  ANY CHARGES RELATED TO HOSPITAL
SERVICES WILL BE BILLED SEPARATELY.
YOUR BALANCE HAS BECOME SERIOUSLY DELINQUENT. DESPITE PREVIOUS STATEMENTS
WE HAVE NOT RECEIVED PAYMENT OR HEARD FROM YOU HOW THIS BALANCE WILL BE
RESOLVED. REMIT PAYMENT TODAY, OR CONTACT OUR OFFICE AT 202-741-3560 TO
DISCUSS THIS ACCOUNT. THANK YOU.

Did You Know.....You can now update your patient information, pay your bill, refill your prescriptions and request an appointment online within a secure environment? Try it today - Register at Patient Online - Available 24 hours a day/7 days a week at www.gwdocs.com

92162086 219573-2  615

SOUTHEAST WORKERS' COMP CLAIM CENTER
P.O. BOX 958459
LAKE MARY          FL  32795



THE
HARTFORD

MADISON COLLINS
5459 16THA AVENUE
# 101
HYATTSVILLE, MD 20784

PLEASE SEE ATTACHED CORRESPONDENCE

ADDPG4

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.     FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (5/01).

**2.     AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117.

**3.     PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.     ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.     WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



ASSOCIATES
THE GEORGE WASHINGTON UNIVERSITY

2150 PENNSYLVANIA AVE NW
WASHINGTON DC 20037

Telephone Inquiries: 202-741-3560

OUR RECORDS INDICATE          ARE COVERED BY A HEALTH INSURANCE
POLICY FOR PHYSICIAN SERVICES. A CLAIM HAS BEEN SUBMITTED TO THE
PLAN INDICATED BELOW. IF THE INSURANCE INFORMATION IS NOT
CORRECT, PLEASE CONTACT OUR OFFICE IMMEDIATELY. OTHERWISE, IF
YOUR INSURANCE HAS NOT PROCESSED THE CLAIM AFTER SIXTY (60)
DAYS, PAYMENT MAY BE REQUESTED FROM YOU.

PLEASE ASSIST US BY CONTACTING YOUR INSURANCE FOR A STATUS.
INFORM THEM THAT YOU ARE AWARE A CLAIM HAS BEEN FILED AND
PROMPT PAYMENT IS EXPECTED. IF ADDITIONAL INFORMATION IS
REQUIRED FROM YOU TO PROCESS THE CLAIM, AN IMMEDIATE RESPONSE
FROM YOU WILL PREVENT DELAYS.

**ADDRESSEE:**

1851 01                                        720CC01

MADISON COLLINS
5459 16TH AVE APT 101
HYATTSVILLE, MD 20782-3429

ONCE YOUR INSURANCE HAS MADE PAYMENT, THEY WILL SEND YOU AN
EXPLANATION OF BENEFITS INDICATING IF YOU HAVE A BALANCE DUE TO
THE PROVIDER. AT THIS TIME, THE BALANCE WILL BECOME DUE IN FULL.

THANK YOU FOR CHOOSING GEORGE WASHINGTON UNIVERSITY MEDICAL
FACULTY ASSOCIATES.

❏ Plea    _above address is incorrect or insurance
informa   ...as changed, and indicate change(s) on reverse side.

**INFORMATION STATEMENT**

Page: 1 of 1

| DATE OF SERVICE/ TRANSACTION | INVOICE | | DESCRIPTION OF SERVICES | CHARGES/ PAYMENTS/ ALLOWANCES |
|---|---|---|---|---|
| 01/23/06 | 8928785 | | SERV BY JANICE BLANCHARD MD | |
| 01/23/06 | | 99283 | INTERMEDIATE (LEVEL III) | 160.00 |
| | 8941605 | 29125 | APPLY SHORT ARM SPLINT | 114.00 |
| 01/23/06 | | | SERV BY KATHLEEN A BRINDLE MD | |
| | | 73130 | XRAY HAND MIN THREE VIEWS | 32.00 |

| BILL DATE: | PATIENT NAME: | ACCOUNT # |
|---|---|---|
| 08/07/06 | MADISON COLLINS | 1436741 |

Insurance:

Did You Know.....You can now update your patient information, pay your bill, refill your prescriptions and request an
appointment online within a secure environment? Try it today - Register at Patient Online - Available 24 hours a day/7 days
a week at www.gwdocs.com

# THIS IS NOT A BILL

109304018 268433-1  1896

THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL
GWHS
Universal Health

Name: Collins, Madison
Age: 40
Gender: M
Medrec: 1436741
Acct: 111057337
Attending: BLJ
Primary Nurse: HAS
Bed: ED FT CHR-03

# GEORGE WASHINGTON UNIV. HOSPITAL DISCHARGE INSTRUCTIONS

open and close your fist while doing this to maintain the range of motion.

> Keep hand above the level of the heart when swelling and pain are present.
> Try to avoid use other than gentle range of motion while the hand is painful. Do not resume use until instructed by your caregiver. Then begin use gradually, not increasing use to the point of pain. If pain does develop, decrease use and continue the above measures, gradually increasing activities that do not cause discomfort until you gradually achieve normal use.
> You may use acetaminophen (Tylenol(r)), ibuprofen (Advil(r) or Motrin(r)), or aspirin as needed for pain and inflammation (soreness) if your caregiver has not given medications that would interfere with this.

## DIET
During recovery, eat a well-balanced diet that includes extra protein, such as meat, fish, poultry, cheese, nuts and eggs. Your doctor may prescribe vitamin and mineral supplements to promote healing.

## REHABILITATION
> Begin daily rehabilitation exercises when supportive wrapping is no longer needed.
> Use ice massage for 10 minutes before and after workouts. Fill a large styrofoam cup with water and freeze. Tear a small amount of foam from the top so ice protrudes. Massage ice firmly over the injured area in a circle about the size of a softball.

## CALL IF:
> Redness and swelling increase, or pain is uncontrolled with medications.
> There is a loss of feeling in your hand, or your hand turns cold or blue.
> An oral temperature above 102° F (38.9° C) develops, or as your caregiver suggests, which is not controlled with medication.
> Your hand becomes warm to touch, or you have more pain with movement of your fingers.
> You have a hand contusion that doesnt improve in 1 or 2 days.
> Skin is broken and signs of infection occur (drainage, increasing pain, fever, headache, muscle aches, dizziness or a general ill feeling).
> You develop new, unexplained symptoms (problems), or an increase of the symptoms that brought you to your caregiver.

ExitCare Patient Information (c)2005 MedQuest, LLC.

## PRESCRIPTIONS

Ibuprofen Tablet : 800 mg : Oral
Dispense : Quantity: 1, Schedule: Every 6 hours as needed

Malina, Quintina, Mardarah
Age: 40Y
Gender: M
Medrec: 1436741
Acct: 111057337

THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL

UHS

# GEORGE WASHINGTON UNIV. HOSPITAL
## PRESCRIPTION

**EMERGENCY DEPARTMENT**
Twenty-third Street NW

Telephone: 202/715-4911

For: Quintin, Madison
Date: Mon, Jan 23 2006 13:3
By: Amy Keim, PA

Rx: Ibuprofen - Tablet 800mg
Quantity: ***
Unit: TAB
Route:
Schedule: Every 6 hours as needed
Dispense: ***30***
No Refills

DEA:



Physician Signature

Printed by Quintin's 1206 at 16 E W Any town, PA 1 of 1
Copyright 2006 Multum Information Services, Inc. All rights reserved.

THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL

UHS
Universal Health

Name: **Collins, Madison**
Age: 40
Gender: M
Medrec: 1436741
Acct: 111057337
Attending: BLJ
Primary Nurse: HAS
Bed: ED FT CHR-03

# GEORGE WASHINGTON UNIV. HOSPITAL
# DISCHARGE INSTRUCTIONS

EMERGENCY DEPARTMENT
900 23rd Street, NW
Washington, DC  20037
FOLLOWUP CONTACT

Orthopedic Surgery
Phone: 2027413300

SPECIAL INSTRUCTIONS
wear splint as needed, follow up with ortho if symptoms do not improve in 3–5 days
RETURN TO ER FOR ANY WORRISOME/ WORSENING SYMPTOMS

MEDICAL INSTRUCTIONS
CONTUSION, HAND

Contusion (Bruise) of Hand

Injury to the hand causes contusions (bruises). These contusions are caused by bleeding from small blood vessels (capillaries) that allow blood to leak out into the muscles, tendons and/or other soft tissue. Contusions of the hand are common because of the use of hands in many activities. Signs of hand injury include pain and swelling. Initially there may be discoloration from blood under the skin that is blue to purple in color. As the bruise ages, the coloration turns yellow. Swelling may decrease the movement of the fingers. Bruises are seen more commonly with contact sports, use of medications that thin the blood (anticoagulants), and aspirin and non–steroidal anti–inflammatory agents that decrease the clotting ability. The same is also seen with vitamin deficiencies.

Diagnosis (finding out what is wrong) of hand injuries can be made by your own observation. If problems continue, a caregiver may be required for further evaluation and treatment. X–rays may be required to make sure there are not fractures (breaks in the bones) present. Continued problems may require physical therapy for treatment.

COMPLICATIONS FROM HAND INJURY MAY INCLUDE:
>    Extreme bleeding that can lead to disability if calcium deposits form which later injure the function and movement in the hand.
>    Infection of the hand if there are breaks in the skin. This is especially true if the hand injury came from someones teeth. This can lead to infection of tendon sheaths that can have severe complications including a frozen" hand with loss of function.
>    Rupture of the tendons requiring a surgical repair. Failure of repair can result in loss of function of the hand or fingers involved.

HOME CARE INSTRUCTIONS
>    Apply ice to the injury for 10 to 20 minutes, 3 to 4 times per day. Put the ice in a plastic bag and place a towel between the bag of ice and your skin.
>    After the first two to three days, you may apply heat to the injury to help relieve pain and speed healing. You may use a warm heating pad for up to 30 minutes, 4 times per day. Do not sleep with a heating pad. This can cause burns.
>    An elastic wrap (like an Ace bandage) may be used to keep swelling down.
>    Gentle massage from the fingertips towards the elbow will help keep the swelling down. Gently

THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL



**UHS**
Universal Health

**PATIENT AUTHORIZATION FORM**

80-010

```
111057337
COLLINS , MADISON
DOB: 05/14/1965  40 SX: M    EMR
MRN:1436741      ADM/REG DT:01/23/06
G W UNIVERSITY HOSPITAL
```

(PATIENT IDENTIFICATION)

**GENERAL POLICY:** All patients shall be treated, admitted and assigned accommodation without distinction to race, religion, color, national origin, sexual orientation, age or handicapping condition.

**CONSENT TO TREATMENT:** I have come to The George Washington University Hospital for medical treatment. I ask the health care professionals at the Hospital to provide care and treatment for me that they feel is necessary. The undersigned consents to the procedures, which may be performed during this hospitalization, or on an outpatient basis including emergency treatment or services. I consent to undergo routine tests and treatment as part of this care. These may include but are not limited to laboratory, radiology, medical or surgical tests, treatments, anesthesia or procedures as directed under the general and special instruction of the physician or surgeon. I understand that I am free to ask a member of my health care team questions about any care, treatment or medicine I am to receive. Because The George Washington University Hospital is a teaching hospital, I understand that my health care team will be made up of hospital personnel (to include nurses, technicians, and ancillary staff) under the direction of my attending physician and his/her assistants and designees (to include interns, residents, fellows and medical students). I am aware that the practice of medicine is not an exact science and admit that no one has given me any promises or guarantees about the result of any care or treatment I am to receive or examinations I am to undergo.

**PHYSICIANS NOT AS EMPLOYEES:** I understand that each physician is an independent contractor who is self employed and is not the agent, servant or employee of the hospital. I understand that I may receive separate billing from each of these providers for services rendered.

___Initials

**RELEASE OF INFORMATION:** The George Washington University Hospital is authorized to release any information necessary, including copies of my hospital and medical records, to process payment claims for health care services which have been provided, and to duly authorized local and federal regulatory agencies and accrediting bodies as required or permitted by law. George Washington University Hospital is further authorized to release demographic information to organizations performing patient satisfaction surveys. Such records may include information of a psychological or psychiatric nature, pertaining to my mental condition or treatment for conditions relating to the use of alcohol or drugs. In addition, I authorize my insurance carrier, employer or person otherwise responsible for payment to provide The George Washington University Hospital information necessary to determine benefits or process a claim. This release will be valid for the period of time to process the claim or until consent is revoked by myself. I release and forever discharge The George Washington University Hospital, its employees and agents, and my attending physician from any liability resulting from the release of my medical records or information from them for payment purposes. I understand that my name will be displayed in the signage system outside my hospital room.

**PERSONAL VALUABLES: THE GEORGE WASHINGTON UNIVERSITY HOSPITAL WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE TO CLOTHES, PERSONAL PROPERTY OR VALUABLES.**

**NON-SMOKING POLICY:** In accordance with regulatory agency standards, the Hospital is a non-smoking facility.

**FINANCIAL AGREEMENT/ASSIGNMENT OF BENEFITS:** I assign any and all insurance benefits payable to me to The George Washington University Hospital. I understand that I am responsible for payment for services rendered at the Hospital including excluded services from my insurance either because the plan deems such services not medically necessary, or for any other reason including pre-certification requirements, second opinions or preexisting conditions. Should the account be referred to any attorney or collection agency for collection, I understand that I will be responsible for attorney or collection expenses. I give permission to my insurance provider(s), including Medicare and Medicaid, to directly pay The George Washington University Hospital for my care instead of paying me. I understand that I am responsible for any health insurance deductibles and co-insurance and non-covered services.

I, the undersigned, state that the information that I have provided The George Washington University Hospital is correct to the best of my knowledge. I acknowledge by my signature that I have read and received a copy of this statement. I understand that by signing it, I am agreeing to it.

X _____
Signature of patient or responsible party

Unable to sign
(  ) Serious Condition
(  ) _____

_____   _____
Date          Witness

_____
Hospital Representative

_____
Date  1/23/06

**ADVANCE DIRECTIVE (Only if Inpatient, Day Surgery, or Emergency Room Visits)**
Do you have an Advance Directive
(Living Will/Health Care Power of Attorney)?          _____ Yes  _____ No

If yes, did you bring it with you?                          _____ Yes  _____ No
If you did not bring it with you, is there
someone we can contact to obtain a copy?            _____ Yes  _____ No

Name _____ Tel. _____

Your Advanced Directive wishes must be on your chart.

By my signature below, I consent to laboratory studies (HIV, HBV, HCV) in the event a health care worker is exposed to my blood or body fluids. I also agree to the disposal or use of any tissue or part removed from my body and/or to the taking of photographs during my treatment for research, teaching, or scientific purposes as long as my identity is not disclosed.

Signature _____ Date _____

80-010(04/04)

**PATIENT COPY**

**GEORGE WASHINGTON UNIV. HOSP.**
**5309 COMMONWLTH CTR, SUITE 300**
**MIDLOTHIAN, VA  23112**

10/03/06

MADISON          COLLINS
5459 16TH AVE APT 101

HYATTSVILLE          MD  20782-

PATIENT NAME:  MADISON          COLLINS
ADMISSION/REGISTRATION DATE:  08/10/06
ACCOUNT NUMBER:     111854337
TOTAL CHARGES: $      658.25

DEAR  MADISON          COLLINS

IN ORDER TO BILL YOUR INSURANCE COMPANY, WE NEED YOU TO COMPLETE
THE ENCLOSED FORM AND RETURN IT TO US WITH A COPY OF BOTH SIDES OF
YOUR INSURANCE CARD.

IF WE DO NOT RECEIVE THIS INFORMATION WITHIN 14 DAYS, THE BALANCE
WILL BE YOUR RESPONSIBILITY.

PLEASE PROVIDE WORKERS COMPENSATION INFORMATION.  THANK YOU.

QUENEVA JOHNSON
COLLECTION SPECIALIST
866-880-6470
--------------------------------------------------------------------------
WE ACCEPT MAJOR CREDIT CARDS.  PLEASE INDICATE THE TYPE OF CARD
AND COMPLETE THE FOLLOWING INFORMATION.  RETURN TO THE HOSPITAL.

TYPE OF CARD:    VISA __    MASTERCARD __    DISCOVER __    AMERICAN EXPRESS __

PAYMENT AMOUNT: $_____    NAME ON CARD:_____

CREDIT CARD NO: _____  EXP. DATE: _____

AUTHORIZED SIGNATURE:_____  DATE: _____
CL05A/   111854337 / COLLINS ,MADISON

GEORGE WASHINGTON UNIV. HOSP.
5309 COMMONWLTH CTR, SUITE 300
MIDLOTHIAN, VA  23112


10/03/06

IN ORDER FOR US TO BILL YOUR INSURANCE COMPANY, PLEASE SEND US A
COPY OF YOUR INSURANCE CARD OR COMPLETE THE INFORMATION BELOW.
*******************************************************************

_____ COPY OF INSURANCE CARD

_____ COPY OF MEDICARE CARD

_____ COPY OF MEDICAID CARD

_____ COPY OF YOUR AUTOMOBILE INSURANCE CARD
*******************************************************************

PATIENT NAME: MADISON       COLLINS

PATIENT ACCOUNT NUMBER:   111854337   ADMIT REGISTRATION DATE: 08/10/06
*******************************************************************

INSURED'S NAME _____ DATE OF BIRTH _____

ADDRESS _____ PHONE # _____

CITY _____ STATE _____ ZIP CODE _____

RELATIONSHIP TO PATIENT _____ S/S # _____
*******************************************************************

INSURED'S EMPLOYMENT INFORMATION

EMPLOYER NAME _____

ADDRESS _____ PHONE # _____

CITY _____ STATE _____ ZIP CODE _____
*******************************************************************
NAME OF INSURANCE COMPANY _____

ADDRESS _____ PHONE #_____

CITY _____ STATE _____ ZIP CODE _____

POLICY NUMBER _____ GROUP NUMBER _____
*******************************************************************
ANYTHING NOT COVERED BY YOUR INSURANCE WILL BE YOUR RESPONSIBILITY.
*******************************************************************
THIS INFORMATION MUST BE RECEIVED WITHIN THE NEXT<..>DAYS.SIBILITY.
(PLEASE RETURN ATTENTION BUSINESS OFFICE)
CL05B/   111854337 / COLLINS ,MADISON

GEORGE WASHINGTON UNIV. HOSP.
5309 COMMONWLTH CTR, SUITE 300
MIDLOTHIAN, VA  23112

04/24/06

MADISON        COLLINS
5459 16TH AVE APT 101

HYATTSVILLE        MD  20782-

PATIENT NAME: MADISON       COLLINS
ADMISSION/REGISTRATION DATE:  01/23/06
ACCOUNT NUMBER:      111057337
TOTAL CHARGES: $      934.75


DEAR  MADISON       COLLINS


IN ORDER TO BILL YOUR INSURANCE COMPANY, WE NEED YOU TO COMPLETE
THE ENCLOSED FORM AND RETURN IT TO US WITH A COPY OF BOTH SIDES OF
YOUR INSURANCE CARD.

IF WE DO NOT RECEIVE THIS INFORMATION WITHIN 14 DAYS, THE BALANCE
WILL BE YOUR RESPONSIBILITY.

PLEASE PROVIDE WORKERS COMPENSATION INFORMATION.  THANK YOU.




QUENEVA JOHNSON
COLLECTION SPECIALIST
866-880-6470
------------------------------------------------------------------------
WE ACCEPT MAJOR CREDIT CARDS.  PLEASE INDICATE THE TYPE OF CARD
AND COMPLETE THE FOLLOWING INFORMATION.  RETURN TO THE HOSPITAL.

TYPE OF CARD:  VISA __    MASTERCARD __    DISCOVER __    AMERICAN EXPRESS __

PAYMENT AMOUNT: $_____  NAME ON CARD:_____

CREDIT CARD NO: _____  EXP. DATE: _____

AUTHORIZED SIGNATURE:_____  DATE: _____
CL05A/   111057337 / COLLINS ,MADISON

GEORGE WASHINGTON UNIV. HOSP.
5309 COMMONWLTH CTR, SUITE 300
MIDLOTHIAN, VA  23112

04/24/06

IN ORDER FOR US TO BILL YOUR INSURANCE COMPANY, PLEASE SEND US A
COPY OF YOUR INSURANCE CARD OR COMPLETE THE INFORMATION BELOW.
*************************************************************************

_____ COPY OF INSURANCE CARD

_____ COPY OF MEDICARE CARD

_____ COPY OF MEDICAID CARD

_____ COPY OF YOUR AUTOMOBILE INSURANCE CARD
*************************************************************************

PATIENT NAME:  MADISON      COLLINS

PATIENT ACCOUNT NUMBER:   111057337   ADMIT REGISTRATION DATE: 01/23/06
*************************************************************************

INSURED'S NAME _____ DATE OF BIRTH _____

ADDRESS _____ PHONE # _____

CITY _____ STATE _____ ZIP CODE _____

RELATIONSHIP TO PATIENT _____ S/S # _____
*************************************************************************

INSURED'S EMPLOYMENT INFORMATION

EMPLOYER NAME _____

ADDRESS _____ PHONE # _____

CITY _____ STATE _____ ZIP CODE _____
*************************************************************************
NAME OF INSURANCE COMPANY _____

ADDRESS _____ PHONE #_____

CITY _____ STATE _____ ZIP CODE _____

POLICY NUMBER _____ GROUP NUMBER _____
*************************************************************************
ANYTHING NOT COVERED BY YOUR INSURANCE WILL BE YOUR RESPONSIBILITY.
*************************************************************************
THIS INFORMATION MUST BE RECEIVED WITHIN THE NEXT<..>DAYS.SIBILITY.
(PLEASE RETURN ATTENTION BUSINESS OFFICE)
CL05B/   111057337 / COLLINS ,MADISON

**ATTACHMENT D**

**DOCUMENTED MICROMANAGEMENT**

## Daily Meeting Checklist/Log

Date: <u>3-22-06</u>

Today's Meetings: **No Scheduled Meeting**

| Completed | Time | Meeting description | Room set up | Handouts/Sign in |
|-----------|------|--------------------|-------------|------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Tomorrow's Meetings: **No Meeting Scheduled**

| Completed | Time | Meeting description | Room set up/food | Handouts/sign in |
|-----------|------|--------------------|------------------|------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Future Meetings

| Completed | Meeting description | Room set up/food | Handouts/Sign in |
|-----------|--------------------|------------------|------------------|
| 1hr | Handled phone calls from Registrants from both health events *Youth* | *mic* | *Reg* |
|  | Processed Registrations & Checks for both events |  |  |
| 1hr | Picked up the COG folders for handouts/Emptied previous folders for recycling |  | *handouts* |
|  | Spent 1hr. with Nicole showing her how to work with merges and how to make badges and going over details for 3-29 event |  |  |
|  | Processed all checks & Registrations for both event |  |  |
| 1hr | Secured items for gifts/handouts for 3/29 event . |  | *gifts* |

Other tasks for today

| Completed | Priority | Description | Deadline |
|-----------|----------|-------------|----------|
|  | High | Sent email to Charlie for additional DD website changes(Penny Cameron from Penny Hinkle…Charlie responded I have access to make the changes myself and I did | 3/22 |
| 10:30 m | High | Receptionist duty…3-3:30 | 3/22 |
|  |  |  |  |

Tomorrow's Tasks

| *Time* Completed | Priority | Description | Deadline |
|------------------|----------|-------------|----------|
| 1hr 6hr | | *Youth — Temp 1hr, Reg. food (1hr) 2hrs reg (6hr)* | |
|  |  |  |  |

(rate 1-9) Productivity _6_ Quality of work _9_ Tech skills/Job knowledge _9_ Dependability _7_ Adaptability _9_ Responsiveness to Supervision _7_

Personal Relations _9_ Communications _9_

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 3-30-06

Today's Meetings: **No Scheduled Meeting**

*#hrs*

| Completed | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| 2hrs | 7-9am | **Sean's DC meeting with Regional Epidemiologist** | **Yes (General)** | Yes |
|  |  |  |  |  |
|  |  |  |  |  |

Tomorrow's Meetings: **No Scheduled Meetings**

| Completed | Time | Meeting description | Room set up/food | Handouts/sign in |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Future Meetings **Needs to be Planned and Coordinated**

| Completed | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Other tasks for today

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| 5½ ✓ | ✓ | **Settlement of all monies and registration figures for the RYDC event** |  |
| ½ | | **Processing registrations and checks for Co-Occurring Disorders training** |  |
| ½ | | Day Labor |  |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

Day Labor asked for help   Calvin said no; then said
yes

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 3-24-06

Today's Meetings: **No Scheduled Meeting**

| Completed | Time | Meeting description | Room set up | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Tomorrow's Meetings: **No Scheduled Meetings**

| Completed | Time | Meeting description | Room set up/food | Handouts/sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Future Meetings

| Completed | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | Processed Registrations for both events | | |
| | Calls for both events | | |
| | Processed Registrations & Checks | | |
| | Organize materials for copying (Scheduled call with Nicole to discuss @ 10am — Find out the setup for the room | | |
| | Order supplies for event and Health Team | | |

Other tasks for today  ORDER TEMP — Cleaning shelve & files

| Completed | Priority | Description  get the water | Deadline |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Future Tasks

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications __

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 3-30-06

Today's Meetings: **No Scheduled Meeting**

| Completed | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| √ | 7-9am | **Sean's DC meeting with Regional Epidemiologist** | **Yes (General)** | Yes |
| | | | | |
| | | | | |

Tomorrow's Meetings: **No Scheduled Meetings**

| Completed | Time | Meeting description | Room set up/food | Handouts/sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |

Future Meetings **Needs to be Planned and Coordinated**

| Completed | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Other tasks for today

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | √ | **Settlement of all monies and registration figures for the RYDC event** 4 hrs | |
| | | **Processing registrations and checks for Co-Occurring Disorders training** 2 hrs | |
| | | Clean up from events 2 | |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications __

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 3-31-06

Today's Meetings: **No Scheduled Meeting**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| No | 4hrs | **A** | **Finish settlement of all monies and registration figures for the RYDC event** |
| Yes | 1hr | | **Process registrations and checks for Co-Occurring Disorders training** |
| Yes | 1hr | **A** | **Updated Daily checklist form** |
| No | .30 | **C** | **Work on Health Calendar for Tess** |
| No | .30 | **B** | **Contact information for Speakers @ RYDC event** |
| Yes | .30 | **C** | **Moved binder boxes for Lauren, requested by Calvin & made "basura" signs for items in hallway** |
| Yes | 20 | **B** | **Phone call Ms. Barnes/Catering for Health event 4-6-06** |

Tomorrow's Meetings: **No Scheduled Meetings**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-5-06 9:30-12:30pm Rms. 4&5 | BEPS | Coordinate with Sean | Need Details |
| 4-5-06 1-3pm Rm 1 | Dispensing | Coordinate with Seam | Need Details |
| 4-6-06 10-12pm | Behavioral Health Surge | Coordinate with Beth | Need Details |
| 4-10-06 1-2:30pm | Medical Technology | Make Coffee | Yes |
| 4-10-2006 10am-:30pm Room 1 | Health Officials Committee Meeting | Coordinate with Nancy | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-03-06

Today's Meetings: **No Scheduled Meeting**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| No | 1hr | **A** | **Finish settlement of all monies and registration figures for the RYDC event** |
| Yes | 2hrs | **A** | **COG wide Staff Meeting** |
| No | 1hr | **B** | **Process registrations and checks for Co-Occurring Disorders training** |
| Yes | .30 | **A** | **Updated Daily checklist form** |
| No | .30 | **A** | **Work on Health Calendar for Tess** |
| No | .30 | **C** | **Contact information for Speakers @ RYDC event** |
| Yes | .30 | **A** | **Coordinate Rm change with Sean & Debbie Leigh (She needs Rm 1)** |
| Yes | 1hr. | **B** | **Phone call Ms. Barnes/Catering for Health event 4-6-06 & handle catering** |

Tomorrow's Meetings: **No Scheduled Meetings**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-5-06 9:30-12:30pm Rms. 4&5 | BEPS | Coordinate with Sean | Need Details |
| 4-5-06 1-3pm Rm 1 | Dispensing | Coordinate with Seam | Need Details |
| 4-6-06 10-12pm | Behavioral Health Surge | Coordinate with Beth | Need Details |
| 4-10-06 1-2:30pm | Medical Technology | Make Coffee | Yes |
| 4-10-2006 10am-:30pm Room 1 | Health Officials Committee Meeting | Coordinate with Nancy | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-04-06

Today's Meetings: **No Scheduled Meeting**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | 2hrs | **A** | **Finish settlement of all monies and registration figures for the RYDC event** |
| Yes | 3hrs | **B** | **Process registrations and checks for Co-Occurring Disorders training** |
| Yes | .30 | **A** | **Updated Daily checklist form** |
| No | .30 | **A** | **Work on Health Calendar for Tess** |
| No | .30 | **C** | **Contact information for Speakers @ RYDC event** |
| Yes | .30 | **B** | **Phone call Ms. Barnes/Catering for Health event 4-6-06 & assist in arranging the catering** |

Tomorrow's Meetings: **2 Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-5-06 9:30-12:30pm Rms. 4&5 | BEPS & Dispensing WG | Coffee, phone & Hot lunch for 20? | Need Details |
| 4-7-06 1-3pm Board Rm | April 7 NCR + States SNS/ Panflu Exercise Mtg. | Need Details | Need Details |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-6-06 10-12pm | Behavioral Health Surge | Coordinate with Beth | Need Details |
| 4-10-06 1-2:30pm | Medical Technology | Make Coffee | Yes |
| 4-10-2006 10am-:30pm Room 1 | Health Officials Committee Meeting | Coordinate with Nancy | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-05-06

Today's Meetings: **No Scheduled Meeting**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| 2hrs. | | **BEPS Committee** | Yes | Yes |
| 1hr. | | **Dispensing Work Group** | Yes | Yes |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| No | | A | **Complete CEU's Contract** |
| No | .30 | A | **Updated Daily checklist form** |
| No | | A | **Work on Health Calendar for Tess** |
| Yes | 1.5hrs. | A | **Coordinate & finalize monies for RYDC event.  Put together final file for Nancy & tabulate final numbers** |
| No | | C | **Contact information for Speakers @ RYDC event** |
| Yes | 2hrs. | B | **Process registrations and checks, and phone calls for Co-Occurring Disorders training** |

Tomorrow's Meetings: **1 Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-7-06<br>3-5 pm<br>Board Rm. | DC Health Department Staff meeting | Yes, Food ordered through caterer | TBD |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-10-06<br>1-2:30pm | Medical Technology | Make Coffee | Yes |
| 4-10-2006<br>10am-:30pm<br>Room 1 | Health Officials Committee Meeting | Coordinate with Nancy | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __  Quality of work __  Tech skills/Job knowledge__  Dependability__  Adaptability__  Responsiveness to Supervision__

Personal Relations __  Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-06-06

Today's Meetings: **1 Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| 2hrs. | 3-5 | DC Health Dept Meeting | Complete & full set-up, & Food | No |

Today's Tasks: **IN AT NOON (SICK)**

| Completed | Time | Priority | Description |
|---|---|---|---|
| No | | **A** | **Finalize CEU's Contract** |
| No | | **A** | **Updated Daily checklist form** |
| No | | **A** | **Work on Health Calendar for Tess** |
| No | | **C** | **Contact information for Speakers @ RYDC event** |
| Yes | 3hrs. | **A** | **Process registrations and checks for Co-Occurring Disorders training. Worked on problem with Online Registrations with John and Charles** |

Tomorrow's Meetings: **1 Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-7-06 1-3pm Board Rm | April 7 NCR + States SNS/ Panflu Exercise Mtg. | Yes | Need Details |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-10-06 1-2:30pm | Medical Technology | Make Coffee | Yes |
| 4-10-2006 10am-:30pm Room 1 | Health Officials Committee Meeting | Coordinate with Nancy | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-07-06

Today's Meetings: **1Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | 1-3 | April 7 NCR + States SNS/ Panflu Exercise Mtg. | Complete & full set-up, & Food | Yes |

Today's Tasks:  **(OUT SICK)**

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | .45 | **A** | **From Home coordinated delivery of food & meeting set-up for the States SNS/Panflu Exercise** |
| No | .30 | **A** | **Placed and Followed through with Order for Monday's Health officials** |

Tomorrow's Meetings: **None**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-10-06 1-2:30pm | Medical Technology | Make Coffee | Yes |

(rate 1-9) Productivity __  Quality of work __  Tech skills/Job knowledge__  Dependability__  Adaptability__  Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-11-06

Today's Meetings: **None Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | 1hr. | **A** | **Finalize CEU's Contract/P.O. & Walk-over to NASW** |
| Yes | 4 hrs. | **A** | **Train Nicole & Comb through Voice &emails.  Format Spreadsheet for upcoming training** |
| Yes | .30 | **A** | **Follow-up on email to Cindy K. requesting Lynn' resume for accreditation application** |
| Yes | .30 | **A** | **Send email to Health Team for calendar update** |
| Yes | .30 | **A** | **Updated daily Log** |
| Yes | .30 | **C** | **Contact information for Speakers @ RYDC event Received email & call back to Greg for info.** |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
|  |  |  |  |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-13-2006 10-11:30pm Room 3 | Co-Occurring Disorders Committee Monthly Meeting | No | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-12-06

Today's Meetings: **None Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | 1hr. | A | Finalize CEU's Contract/P.O. & Walk-over to NASW |
| Yes | 4 hrs. | A | Train Nicole & Comb through Voice &emails. Format Spreadsheet for upcoming training |
| Yes | .30 | A | Follow-up on email to Cindy K. requesting Lynn' resume for accreditation application |
| Yes | .30 | A | Send email to Health Team for calendar update |
| Yes | .30 | A | Updated daily Log |
| Yes | .30 | C | Contact information for Speakers @ RYDC event Received email & call back to Greg for info. |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-13-2006 10-11:30pm Room 3 | Co-Occurring Disorders Committee Monthly Meeting | No | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge __ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: <u>4-13-06</u>

Today's Meetings: **None Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| 2hrs. | 10-11:30 | Co-Occurring Disorders Committee Monthly Meeting | Coffee | Yes |
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description | |
|---|---|---|---|---|
| Yes | 3hrs. | A | **Reformat and update latest version of the Training Spreadsheet.  Process any new registrations** | |
| Yes | 1.5hrs. | A | **Update & Review Health Calendar to send to Tess** | |
| Yes | .30 | A | **Updated daily Log meet with Nancy** | |
| Yes | .30 | A | **Prepare for Co-Occurring Disorder Meeting** | |
| Yes | .30 | A | **CMS info to Raymond** | |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-18-06 | Health Team Meeting | No | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: <u>4-14-06</u>

Today's Meetings: **None Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | 2hrs. | **A** | **Update & process new registrations & related training tasks** |
| Yes | 1hr. | **A** | **Track down Missing P.O.s (Get signed by Carl & Calvin)** |
| Yes | .30 | **A** | **Updated daily Log meet with Sean** |
| Yes | 2hrs. | **B** | **Organize and Prepare for Office move** |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
|  |  |  |  |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-18-06 | Health Team Meeting | No | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge __ Dependability __ Adaptability __ Responsiveness to Supervision __

Personal Relations __ Communications __

## Madison Collins
## Daily Meeting Checklist/Log

Date: <u>4-15-06</u>

Today's Meetings: **None Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| | 2hrs. | **A** | **Update & process new registrations & related training tasks** |
| | 1hr. | **A** | **Track down Missing P.O.s (Get signed by Carl & Calvin)** |
| | .30 | **A** | **Updated daily Log meet with Sean** |
| | 2hrs. | **B** | **Organize and Prepare for Office move** |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-18-06 | Health Team Meeting | No | Yes |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge __ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-17-06 **(Out on Leave)**

Today's Meetings: **None Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| | 4hrs. | **A** | **Update & process new registrations & related training tasks** |
| | .30 | **A** | **Updated daily Log meet with Sean** |
| | 2.5hrs. | **B** | **Organize and Prepare for Office move** |

Tomorrow's Meetings: **3 Scheduled**

| Date & Time | Meeting description | Room set up/Food | Handouts/Sign in |
|---|---|---|---|
| 4-18-06 3rd Fl. Conf. Rm. | Quarantine Meeting (Sean) | No food/ Coffee/AV/Phone | Yes |
| 4-18-06 Rm. 3 | RESF 15 Conference Call (Nancy) | Coffee/Phone | Yes |
| 4-18-06 3rd Fl Conf. Rm. | Health Team Meeting | No | Yes |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge __ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-18-06

Today's Meetings: **3 Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| .30 | 9:30 | BEPS Quarantine (Sean) | Coffee/AV/Phone | No |
| .30 | 10:00 | RESF 15 (Nancy) | Coffee/Phone | No |
| 2hrs. | 2:30-4:30 | Health Team Meeting | No | Yes |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | 2hrs. | **A** | **Update & process new registrations & related training tasks** |
| Yes | .30 | **A** | **Updated daily Log meet with Nancy** |
| Yes | 1hr. | **A** | **Pick-up Accreditation Conf. Letter & Contract for CEU's** |
| No | 1hrs. | **B** | **Organize and Prepare for Office move** |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge__ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-19-06

Today's Meetings: 1 **Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| 1hr. | 9:30 | DD meeting w/Beth & Lauren | | Yes |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | 2hrs. | A | **Update & process new registrations & related reg. tasks** |
| Yes | .30 | A | **Updated daily Log meet with Nancy** |
| Yes | 1hr. | A | **Collect materials for DD Training: Packet folders/ Name badge cases, check on Books to handout** |
| Yes | .30 | A | **Update meeting Checklist Template** |
| Yes | .30 | A | **Go through staff calendars & check for future meeting report to Beth** |
| No | .30 | B | **Fax info to DC Psych. Board (Waiting on call from Ms. Wills)** |
| No | 1hrs. | B | **Organize and Prepare for Office move** |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge __ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

**Madison Collins**
**Daily Meeting Checklist/Log**

Date: 4-20-06

Today's Meetings: **None Scheduled**

| No. of Hrs. | Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|---|
| | | | | |

Today's Tasks:

| Completed | Time | Priority | Description |
|---|---|---|---|
| Yes | 2hrs. | A | **Update & process new registrations & related reg. tasks** |
| Yes | .30 | A | **Updated daily Log meet with Nancy** |
| Yes | 2hrs. | A | **Put together Master packet to prepare for copying** |
| Yes | .30 | A | **Update Training Checklist for tasks completed** |
| Yes | .30 | A | **Fax info to DC Psych. Board & Call to Ms. Wills** |
| Yes | 1hr. | A | **Return Calls to potential training participants** |
| Yes | 1hrs. | B | **Organize and Prepare for Office move** |
| Yes | .30 | D | **Update Nicole on training & coordinate her asst.** |
| Yes | .30 | D | **Meet with Jeff Cole about credit card reimbursement** |
| Yes | .15 | D | **Meet with Carl about P.O. that needed to be signed** |

Tomorrow's Meetings: **None Scheduled**

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| | | | |

Future Meetings

| Date & Time | Meeting description | Room set up/food | Handouts/Sign in |
|---|---|---|---|
| 4-24-06 | Surge call/meeting (Nancy) | TBD | TBD |
| 4-25-06 | WNV Meeting (Sean) | TBD | TBD |
| 4-28-06 | Co-Occurring Disorders Training | TBD | TBD |

Future Tasks **TBD**

| Completed | Priority | Description | Deadline |
|---|---|---|---|
| | | | |
| | | | |

(rate 1-9) Productivity __ Quality of work __ Tech skills/Job knowledge __ Dependability__ Adaptability__ Responsiveness to Supervision__

Personal Relations __ Communications__

| Element | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Productivity | Production unacceptable | | Often below required to mead deadlines | | | Assignments completed in efficient and timely manner | Assignments completed in an extremely efficient manner usually prior to deadlines | | Highly creative, efficient manner; recommendations to increase own and others productivity; seldom achieved |
| Quality of work | Quality unacceptable | | Assignments are below expected quality, unorganized and inaccurate | | | Completed assignments reflect organization, thoroughness, and accuracy | Assignments reflect high degree of organization, accuracy and thoroughness | | Assignments consistently high quality; reviews for accuracy and thoroughness |
| Technical Skills and Job knowledge | Skills not adequate to perform duties of position | | Skills ot adequate to perform many duties | | | Possess and applies necessary skills to perform job functions | Skills/ job knowledge reflect ability to perform beyond assigned positions | | Application of skills/job knowledge is far above those required |
| Dependability | Completion of work assignments, leave use, punctuality are unacceptable | | Completion of work assignments, leave use, punctuality are unacceptable and below level to adequately perform duties | | | Prompt completing and following through on assignments | Work completed with dispatch and require little follow-up | | Consistently reliable; understand priorities, gives extra effort |
| Adaptability | Does not accept new tasks; inflexible | | Demonstrates unwillingness or inability to accept/complete new tasks; inflexible | | | Willing and able to accept and complete new assignments; flexible with change | Demonstrates interest and flexibility with new assignments/situations | | Effectively deals with new assignments' consistently meets changing demands |
| Responsiveness to Supervision | Response is unacceptable level | | Shows reluctance to accept direction; correct deficiencies | | | Accepts direction; attempts to incorporate supervisor's suggestions | Consistently incorporates supervisor's suggestions into work; supports objectives fo work programs | | Actively seeks to provide assistance to supervisor; accept changes and supports work program objectives |
| Personal Relations | Personal working relations are unacceptable | | Ineffective in establishing working relations; erratic with others | | | Establishes and maintains good working relations in/out of COG; cooperative, tactful, effective | Work relations highly productive; cooperative, extremely effective | | Sensitive and understanding in establishing/maintaining excellent working relations; always effective, tactful, extremely cooperative |
| Communications | Communications skills are unacceptable | | Skills not sufficient to carry out the duties of position; inconsistent | | | Material presented clearly; courteous and helpful | Material well presented. Sets example for others | | Present materials in consistently superior manner; communicational manner sets example-emulates others. |

| Element | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Productivity | Production unacceptable | | Often below required to mead deadlines | | | Assignments completed in efficient and timely manner | Assignments completed in an extremely efficient manner usually prior to deadlines | | Highly creative, efficient manner; recommendations to increase own and others productivity; level of productivity seldom achieved |
| Quality of work | Quality unacceptable | | Assignments are below expected quality, unorganized and inaccurate | | | Completed assignments reflect organization, thoroughness, and accuracy | Assignments reflect high degree of organization, accuracy and thoroughness | | Assignments consistently high quality; review for accuracy and thoroughness |
| Technical Skills and Job knowledge | Skills not adequate to perform duties of position | | Skills ot adequate to perform many duties | | | Possess and applies necessary skills to perform job functions | Skills/job knowledge reflect ability to perform beyond assigned positions | | Application of skills/job knowledge is far above those required |
| Dependability | Completion of work assignments, leave use, punctuality are unacceptable | | Completion of work assignments, leave use, punctuality are unacceptable and below level to adequately perform duties | | | Prompt completing and following through on assignments | Work completed with dispatch and require little follow-up | | Consistently reliable; understand priorities, gives extra effort. |
| Adaptability | Does not accept new tasks; inflexible | | Demonstrates unwillingness or inability to accept/complete new tasks; inflexible | | | Willing and able to accept and complete new assignments; flexible with change | Demonstrates interest and flexibility with new assignments/situations | | Effectively deals with new assignments' consistently meets changing demands |
| Responsiveness to Supervision | Response is unacceptable level | | Shows reluctance to accept direction; correct deficiencies | | | Accepts direction, attempts to incorporate supervisor's suggestions | Consistently incorporates supervisor's suggestions into work; supports objectives fo work programs | | Actively seeks to provide assistance to supervisor; manner enhances and supports work program objectives |
| Personal Relations | Personal working relations are unacceptable | | Ineffective in establishing working relations; erratic with others | | | Establishes and maintains good working relations in/out of COG; cooperative, tactful, effective | Work relations highly productive; cooperative, extremely effective | | Sensitive and understanding in establishing/maintaining excellent working relations. Always effective, tactful, extremely cooperative |
| Communications | Communications skills are unacceptable | | Skills not sufficient to carry out the duties of position; inconsistent | | | Material presented clearly, courteous and helpful | Material well presented. Sets example for others | | Present materials in consistently superior manner; conversational manner sets example-emulates others. |

**ATTACHMENT E**

**OTHER RELATED DOCUMENTS**

Performance Appraisal

Employee:        Madison Collins
Department:      HSPPS
Position:        Administrative Assistant II
Current Grade:   3
Evaluation:      6-month Review
Effective Date:  July 19, 2004 to January 19, 2005

1.    Established Goals for the Period (1); and Review of Goal Achievement

   (a)   Under the supervision of the HSPPS Director, provided administrative support for
         continuing activities related to the meetings of the three major policy committees:
         Public Safety Policy Committee, Human Services Policy Committee and the
         Metropolitan Development Policy Committee in addition to complete
         administrative support for various committees in public safety, housing, planning,
         and health. Assistance and duties included, but were not limited to,
         calling/interacting with elected officials/members of the committees regarding
         their attendance, preparation of agenda coordinating with the planners and
         managers in HSPPS research and gathering the information to be presented at the
         meetings, copying and collating meeting materials in consultation with HSPPS
         Director and department managers, arranging catering services, taking notes and
         writing minutes.

   (b)   Provided administrative support to the HSPPS Managers Meeting, public safety
         meetings, housing and planning meetings, and UASI. Responsibilities include, but
         not limited to administrative support during meetings, scheduling meeting rooms
         and locations, preparing meeting materials, setting up audio visual equipment and
         arranging catering services as needed.

   (c)   Acted as the departmental custodian for petty cash, parking stickers and fare
         cards, and responsible for reporting and replenishment.

   (d)   Updated and created membership lists of various committees on CMS.

   (f)   Provided relief for receptionist/switchboard operator on specified days twice a
         week.

2.    Additional Accomplishments During the Period:

   (a)   Provided administrative support to the September Gang Summit by preparing
         binders, arranging outsourcing of printing jobs, preparing participants list,
         registration during the actual summit, etc.

   (b)   Provided administrative to the December 2005 Regional Summit on Obesity by
         arranging outsourcing of preparation of binders and other materials.

3.    ***(a) Supervisor's Comments Regarding Goal Achievement and Employee's Appraisal:***

4.    Does the position description accurately reflect the employee's duties and responsibilities?

Employee:

Supervisor:

5.    Employee's Comments on Evaluation

____ Personnel File ____ Employee Copy ____ Self-Appraisal

PERFORMANCE APPRAISAL

EMPLOYEE:
DEPARTMENT:
POSITION:
CURRENT GRADE:
EVALUATION:
EFFECTIVE DATE:

1.   <u>Established Goals for the Period (1); and Review of Goal Achievement (2):</u>

    a.    (1):

           (2):

    b.    (1):

           (2):

    c.    (1):

           (2):

    d.    (1):

           (2):

    e.    (1):

           (2):



**Metropolitan Washington**
**COUNCIL OF GOVERNMENTS**
777 North Capitol Street, N.E., Suite 300
Washington, DC 20002-4226

# RECRUITMENT AUTHORIZATION

DATE:    January 06, 2004

TO:    Imelda R. Roberts, Director
Office of Human Resources Management

FROM:    Calvin Smith, Director
DEPARTMENT:  HSPPS

New Position: __X__
Replacement for:_____
Posted and Distributed on: __1/7/04__
Control Number: __HSPS-0405__
New Employee Name:_____
Date Hired:_____

Authorization is requested to recruit for the following position:

| POSITION TITLE | Administrative Assistant II |
| --- | --- |
| GRADE | 3 |
| ANNUAL SALARY/hourly rate | $29,004 - $36,255 |
| EFFECTIVE DATE | Upon receipt of Grant Funds |
| DURATION | ~~Limited term, subject to continuation of grant funds~~  regular |
| CLOSING DATE FOR RECEIPT OF APPLICATIONS | Until Filled |
| FUNDING SOURCES | Various |
| POSITION SPECIFICATIONS | See attached job description |

_____ 1/6/04
Department Head          Date

Director - HSPPS
Title

_____ 1/7/04
CFO, Office of Administrative Services    Date

_____ 1/6/04
Director, Office of Human Resources Mgmt.    Date

_____ 1/7/04
Executive Director          Date

COG #36 (9/02)

An Equal Opportunity Employer

H:\PERFORM\RECRUIT\Recruitment Authorization-revised '02

# Metropolitan Washington Council of Governments
## Job Description

**Job Title:** Administrative Assistant II
**Job Code:** 07ADM2
**Grade:** **3**
**Department:** Various
**Reports To:**
**FLSA Status:** Nonexempt
**Prepared By:**
**Prepared Date:**
**Revised By:**
**Revised Date:**

## SUMMARY

Performs work of a difficult and responsible administrative or secretarial nature. Employee has responsibility for keeping the work of the office running smoothly, preventing bottlenecks in correspondence and office communications. Employee develops own work routine and is expected to carry it through to completion and normally only receives assistance in the handling of unprecedented matters. Directions are normally general in nature and supervision is received through observation of completed work.

## EXAMPLES OF WORK

Types letters, minutes, agendas, reports, charts, tables, lists and other materials using word processing software.

Proofreads final typewritten material ensuring its accuracy before release;

Prepares on electronic spreadsheets complex statistical charts and tables for reports requiring a number of separate tabulations;

Types materials of a confidential nature and assures its privileged communications;

Prepares replies to correspondence from brief notes or on own initiative;

Establishes and maintains files in connection with departmental projects or programs and overall COG activities as necessary for departmental use through a system in which materials may be readily retrieved;

Searches files and a variety of source material to serve as background for reports;

Screens visitors, telephone calls and incoming mail, personally answering those inquiries which in the employee's judgement do not require the supervisor's attention;

Maintains appropriate level of office supplies throughout the department and orders additional supplies as required;

Acts as liaison with corresponding Offices regarding procedures, personnel, equipment and administrative matters;

Acts as liaison within the department for disseminating information to staff on policy and procedural changes and other pertinent information material;

Arranges and maintains COG committee meeting schedules by establishing timely priorities for disseminating committee information such as meeting notices, agendas, minutes and background material;

Attends meetings, as required; records proceedings for summary of minutes for supervisor's review;

May assign, supervise and coordinate the work of secretarial personnel, examining work performed for completeness, accuracy and adherence to procedural and requirements;

Trains new secretarial employees in departmental and overall COG activities; procedures and policies;

Serves the Director and/or Assistant Director of a department or office by providing administrative support in planning and supervising the internal and external departmental functions;

Performs related duties as required;

**SUPERVISORY RESPONSIBILITIES**
May supervise a total of 1-2 employees in the department or office in accordance with the organization's policies and applicable laws. Responsibilities include interviewing, hiring, and training employees; planning, assigning, and directing work; appraising performance; addressing complaints and resolving problems.

**REQUIRED KNOWLEDGE, SKILLS AND ABILITIES**
Comprehensive knowledge of office terminology, procedures, and equipment; business arithmetic; and English including grammar, spelling and punctuation. Excellent and accurate typing at the net rate of 70-75 wpm. Experience in the use of word processing systems and electronic spreadsheets, and the ability to set up complex tabulations, statistical tables and similar material. Ability to exercise discretion and judgement, follow complex oral and written directions, work independently, and get along with others. Ability to make decisions in accordance with established COG policies and procedures. Ability to communicate effectively both orally and in writing.

**Education and Experience**
Five years of progressively responsible experience in a secretarial or administrative capacity. Completion of a standard high school course, supplemented by two years of college work including business courses; or any equivalent combination of experience and training which provides the required knowledge, skills and abilities.

**Communication Skills**
Ability to read, analyze, and interpret general business periodicals, professional journals, technical procedures, or governmental regulations. Ability to write reports, business correspondence, and procedure manuals. Ability to effectively present information and respond to questions from groups of managers, clients, customers, and the general public.

**Mathematical Skills**
Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to compute rate, ratio, and percent and to draw and interpret bar graphs.

**Reasoning Ability**
Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form.

**Certificates, Licences, Registrations**
No Requirements

**PHYSICAL DEMANDS**  The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to sit; use hands to finger, handle, or feel; and talk or hear. The employee is occasionally required to stand; walk; reach with hands and arms; and stoop, kneel, crouch, or crawl. The employee must occasionally lift and/or move up to 10 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception, and ability to adjust focus.

**WORK ENVIRONMENT**  The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

The noise level in the work environment is usually quiet.

**Computer Knowledge and Skills**
Advanced knowledge of word processing, spreadsheet, presentation, and desktop publishing software.

## Performance Appraisal

| | |
|---|---|
| **Employee:** | **Madison Collins** |
| **Department:** | **HSPPS** |
| **Position:** | **Administrative Assistant III** |
| **Current Grade:** | **3** |
| **Evaluation:** | **6-Month Review** |
| **Effective Date:** | **July 1, 2005 to January 1, 2006** |

1. **Goals to Establish for Period (1)**

   (a) Under the supervision of the HSPPS Health Manager, Nancy Rea and Public Safety Manager Steve Dickstein, my overall projective goal is to provide complete administrative support to staff for continuing activities related to committee meetings and functions of the Health/Substance Abuse & Public Safety sections of the HSPPS department.

   (b) Familiarize myself with the various committee members, meeting times and dates. Produce a working calendar for tracking of the scheduled meetings AV needs, lunch requests and general support for both sections etc.

   (c) Set-up filing system for both sections, coordinating with staff to determine which files are necessary to file manually.

**Public Safety Tasks**
- Maintain distribution lists and keep current.
- Administrative functions – copying and event preparation as needed and requested.
- Editing as necessary. (Plan for upcoming Wildlife Vehicle Avoidance Whitepaper).
- Website management.
- Maintain Homeland Security calendar for Tess.
- Special Project > Clean CMS Lists for Chris Wiley and new system transfer.
- File meeting agendas and sign-in sheet in notebooks
- Work with Sue to plan upcoming Arrive Alive training event scheduled this month (Postponed)

**Health & Substance Abuse Tasks**
- Maintain distribution lists and keep current
- Provide technical and administrative support to entire Health/Substance Abuse staff as needed for various meeting related admin. functions.
- Assist with upcoming special events as needed (Point Person for October Co-Occurring Disorders training).
- Editing and proof reading materials produced by staff to ensure accuracy before release.
- Established and maintained files in connection with departmental projects or programs. Coordinate and set-up filing system for Nancy.
- Perform any necessary facility functions for Health Staff as needed.
- Maintain Health Homeland Security Calendar.

1

- Planned and coordinated monthly meetings arranging COG committee meeting schedules, establishing timely priorities for disseminating committee information such as meeting notices, agendas, minutes.
- Maintained databases and distributions lists of committees and program members.

____ Personnel File ____ Employee Copy ____ Self-Appraisal

f.    (1):
      (2):

2.    <u>Additional Accomplishments During Period:</u>

3.    <u>Supervisor's Comments:</u>

      a.    Goal Achievement and Employee Appraisal:

      b.    Areas in need of improvement/development:

4.    <u>Does the position description accurately reflect the employee's duties and responsibilities?</u>

              Employee:

              Supervisor:

      If the position description does not accurately reflect the employee's current responsibilities,
      please attach an updated description which does.

5.    <u>Employee's Comments on Evaluation:</u>

_____Personnel File              _____Employee Copy    _____Self-Appraisal

G:\COMMON\COG\PERSFORM\PERFORM\PERFORM.WPD

# METROPOLITAN WASHINGTON  COUNCIL OF GOVERNMENTS

*Local governments working together for a better metropolitan region*

District of Columbia
Bowie
College Park
Frederick County
Gaithersburg
Greenbelt
Montgomery County
Prince George's County
Rockville
Takoma Park
Alexandria
Arlington County
Fairfax
Fairfax County
Falls Church
Loudoun County
Manassas
Manassas Park
Prince William County

June 14, 2006

To Whom It May Concern:

Please accept this letter as a strong recommendation for your consideration of Madison Collins to join your team. Madison Collins has worked for me as an Executive Administrative Assistant for over 2 years. In this capacity, he has proven to be dependable, a good team player, hard worker—often going above and beyond the call of duty, and a proficient multi-tasker. I have been very pleased with his cooperative team leadership and quality experience. Mr. Collins skills and experience have been an advantage to my management and operation of the Human Services, Planning & Public Safety division here at COG.

We here at COG regret Mr. Collins leaving, however, our loss will be another's gain. Any future employer will be rewarded with a job well done.

I have been shown that Madison Collins is a loyal team member and my best wishes go with him for all of his endeavors. Please do not hesitate to call for any additional information. I can be reached at 202-962-3326 or csmith@mwcog.org.

Respectfully,

Calvin L. Smith
Director, Human Services, Planning & Public Safety

# MADISON COLLINS
## WORK SCHEDULE 2005

Calvin-

Upon your approval, the below schedule would make it more comfortable for me to drop my son off at school, because I can make it here by that time without a problem. Elijah starts school at 8:45 am, and as I mentioned to you during our earlier conversation, if there are any priorities in place for tasks I am responsible for I will surely be here early to take care of the need before dropping my son off. I have discussed this with Marie and we will work together to insure meeting related and Administrative tasks are prioritized and followed through.

I am currently working on organizing and confirming the schedule of meetings for Public Safety in addition to drafting a meeting check list so we can be ahead of the game for these meetings. My proposed schedule is as follows:

| DAY of WEEK | TIME |
|---|---|
| MONDAY | 9:15-5:30 |
| TUESDAY | 9:15-5:30 |
| WEDNESDAY | 9:15-5:30 |
| THURSDAY | 9:15-5:30 |
| FRIDAY | 9:15-5:30 |

Madison Collins
HSPPS

*Approved C/S 12/22/04*

## Madison Collins

| | |
|---|---|
| **From:** | Nancy Rea |
| **Sent:** | Wednesday, April 26, 2006 2:52 PM |
| **To:** | Madison Collins |
| **Subject:** | RE: Trying to find you |

The list of tasks here should be added to the event template (not today—after you finish the event) to help with planning for future events

Nancy G. Rea
Chief, Health and Substance Abuse Programs
Metropolitan Washington Council of Governments
777 North Capitol St. N.E.
Washington, D.C. 20002
202-962-3266 (voice)
202-962-3204 (fax)

---

**From:** Madison Collins
**Sent:** Wednesday, April 26, 2006 12:13 PM
**To:** Beth Nelson
**Cc:** Nancy Rea
**Subject:** RE: Trying to find you

I'm very busy today! There are a lot a last minute things that need to be done that I want to sit down and talk to you about, when I have an opportunity. I wanted to confirm with you the honorarium (done), I need a P.O. for that, as well as the P.O.s for the food, (waiting on invoices from the caterers) I am checking with Carl Kalish and IT about the use of the electronic white board (needs to be tested beforehand), I'm confirming the room set-up and things with Mr. Weaver. I need to check on the AV equipment in the training center to make sure it's up and running, I brought in water and soda's to save us big bucks on that. The Tip books need to stuffed into the bags I ordered (Nicole and I are supposed to do that later this afternoon) I was asked by Calvin to take care of some things for the press conference going on right now in the training center and I was doing that as well as helping Dara (new in HSPPS) with her copying and things for her Predatory Lending Conference.....as well as updating the last few registrations and taking calls from registrants wanting to know if they are registered, parking, metro, directions etc.

I am supposed to be going to lunch @ 12:30 with Sean and Nancy today. I will talk to you when I get back.

Thanks,

---

**From:** Beth Nelson
**Sent:** Wednesday, April 26, 2006 10:30 AM
**To:** Madison Collins
**Subject:** Trying to find you

Me when you can.

4/26/2006

## Madison Collins

**From:** Koshatka, Cynthia [Cynthia.Koshatka@fairfaxcounty.gov]

**Sent:** Monday, May 15, 2006 2:43 PM

**To:** Madison Collins

**Subject:** RE: Thanks!

Madison:

Thanks for the summary; I will share it with our committee.

Thanks again for helping us out for so many months!

Cindy

---

**From:** Madison Collins [mailto:mcollins@mwcog.org]
**Sent:** Thursday, May 11, 2006 4:01 PM
**To:** Koshatka, Cynthia; Beth Nelson; Nancy Rea; Lauren Udwari
**Subject:** RE: Thanks!

Cindy-

Thank you very much for your acknowledgement.  I really appreciate it!

Also, attached is the 4-28-06 Motivational Enhancement Therapy training summary.  Please let me know if you have any questions.

Madison

---

**From:** Koshatka, Cynthia [mailto:Cynthia.Koshatka@fairfaxcounty.gov]
**Sent:** Thursday, May 11, 2006 1:16 PM
**To:** Beth Nelson; Madison Collins; Nancy Rea; Lauren Udwari
**Subject:** Thanks!

COG staff:

I wanted to thank all of you for all you did for our training on April 28.  I know that lots of "behind the scenes" tasks need to be done to pull off such a training.  Our committee appreciated how you handled all of those details and how you made us look good!  Thanks!!

Cindy

**Madison Collins**

| | |
|---|---|
| **From:** | Nancy Rea |
| **Sent:** | Thursday, April 27, 2006 5:03 PM |
| **To:** | Beth Nelson; Madison Collins; Lauren Udwari |
| **Cc:** | 'Koshatka, Cynthia' |
| **Subject:** | RE: Tomorrow |

Thank you all for your hard work in bringing this off!

Nancy

---

**From:** Beth Nelson
**Sent:** Thursday, April 27, 2006 5:01 PM
**To:** Madison Collins; Lauren Udwari
**Cc:** Nancy Rea; Koshatka, Cynthia
**Subject:** Tomorrow

We appear to be as organized as we can, thanks to Madison, Lauren and Nicole, and others.  Madison plans to arrive at 6:30, Lauren, Nancy and I at 7:30.  I'll be here awhile longer tonite, in case anyone needs to contact me.

**Madison Collins**

| | |
|---|---|
| **From:** | Madison Collins |
| **Sent:** | Tuesday, August 30, 2005 9:53 AM |
| **To:** | Nicholas Ramfos |
| **Subject:** | Admin. Position |



Nick-

I apologize for responding to your messages late.  I did want to speak to you further since our brief discussion about my interest in the position.  Firmly I am interested!  I hope you understand that a lateral move would not be in the best interest of my career here at COG at this time, although I would consider taking the position if the salary is negotiable.  Just slightly better than what I am getting over here would bring me right aboard!

I am sure I can be an asset to Commuter Connections and DTP in many ways.  Certainly my attitude and work ethic will extend well beyond the Administrative Assistant desk.  Focusing and utilizing my skills and years of Administrative Support and Management experience could really make it a perfect fit for all of us.

Sincerely,

Madison Collins
Administrative Assistant, HSPPS
MWCOG
777 North Capitol Street, NE, 3rd Floor
Washington, DC 20001
Phone (202) 962-3775
Fax (202) 962-3204
mcollins@mwcog.org



1

## Madison Collins

| | |
|---|---|
| **From:** | Madison Collins |
| **Sent:** | Tuesday, October 11, 2005 11:10 AM |
| **To:** | Calvin Smith |
| **Subject:** | RE: Rodents |

Calvin, Please see the email below.

---

Carl, Mr.. Weaver-

I was out of the office from 10/6- 10/10 and discoved upon my return "Serious" evidence of a continued rodent problem in my cubicle.  Could you please send someone from the cleaning crew to "Disinfect" my area!

With major concern,

Madison Collins

**From:** Calvin Smith
**Sent:** Friday, September 16, 2005 3:55 PM
**To:** COG Staff - HSPPS
**Cc:** Carl Kalish
**Subject:** FW: Rodents

FYI

Thanks Carl

Calvin L. Smith, Sr.
Director, Human Services, Planning & Public Safety
Metropolitan Washington Council of Governments
777 North Capitol Street, NE
Suite 300
Washington, DC 20002
202-962-3326
202-962-3204 (fax)
csmith@mwcog.org

**From:** Carl Kalish
**Sent:** Friday, September 16, 2005 9:41 AM
**To:** Calvin Smith
**Cc:** Dave Robertson; Imelda Roberts; skennebeck@icma.org
**Subject:** Rodents

I've been informed by the building manager that, as of 3:30 this afternoon, he and a team of three from Home Paramount Pest Control, will be in Lucky's and the building's garage thoroughly looking for any nests or potential entry point for rodents coming into the building.  Clearly, if there are any indications of same, they will take the