IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 07-497(HHK) |
| | ) |
| METROPOLITAN WASHINGTON | ) |
| COUNCIL OF GOVERNMENT, | ) |
| | ) |
| and | ) |
| | ) |
| MARIE RICASA, | ) |
| | ) |
| Defendants. | ) |

MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

Defendants, Metropolitan Washington Council of Government and Marie Ricasa, by their undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully move that they be granted a 30 day enlargement of time until June 13, 2007 to respond to Plaintiff's complaint. An enlargement of time is necessary to resolve insurance coverage issues and to confirm which counsel will represent Defendants in this matter.[1]

---

[1] Defendants' counsel attempted to call Plaintiff twice on May 11, 2007 to ask whether he consents to this motion. A message was left on Plaintiff's answering machine but Plaintiff did not return Defendants' counsel's call.

Respectfully submitted,

METROPOLITAN WASHINGTON
COUNCIL OF GOVERNMENT
MARIE RICASA


By   /s/_____
       Lawrence P. Postol
       D.C. Bar No. 239277

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006-4004
lpostol@seyfarth.com
(202) 828-5385

CERTIFICATE OF SERVICE

A copy of the foregoing Motion to for Enlargement of Time to File Answer was mailed, first-class, postage prepaid, this 14th day of May, 2007 to:

> Madison Collins, Jr.
> 7157 Marbury Court
> District Heights, MD 20747

                                              /s/
                                    Lawrence P. Postol

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MADISON COLLINS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-497(HHK) |
| | ) | |
| METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENT, | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| MARIE RICASA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants' motion for an enlargement of time to respond to Plaintiff's complaint, it is this _____ day of May, 2007,

It is hereby ORDERED:

That Defendants' motion is granted and the date by which Defendants must respond to Plaintiff's complaint is extended to June 13, 2007.

_____
United States District Judge

Serve:

Madison Collins, Jr.
7157 Marbury Court
District Heights, MD  20747

Lawrence P. Postol, Esq.
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., #500
Washington, DC  20006-4004

4
DC1 30198301.1