UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MADISON COLLINS, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0497 (ESH) |
| METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on defendants' motion for judgment on the pleadings. Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's Local Rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that plaintiff shall respond to defendants' motion for judgment on the pleadings no later than **July 13, 2007**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may enter judgment for defendants; and it is

**FURTHER ORDERED** that the Order scheduling an initial scheduling conference on July 6, 2007 [Dkt. No. 7] is **VACATED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 14, 2007

2