IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MADISON COLLINS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-497 (HHK) |
| v. | ) | |
| | ) | |
| METROPOLITAN WASHINGTON | ) | |
| COUNCIL OF GOVERNMENTS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT MOTION REQUESTING ASSIGNMENT TO A MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Defendants, Metropolitan Washington Council of Governments ("MWCOG") and Marie Ricasa ("Ricasa"), and Plaintiff, Madison Collins, Jr., jointly request assignment of a Magistrate Judge to hold a settlement conference in this case. The parties would ask that the conference be held before the July 13, 2007 deadline for the Plaintiff to respond to the motion for judgment on the pleadings, or if that can not be done, that the time for responding to the motion for judgment on the pleading be extended until 5 days after the settlement conference.

Defendant's counsel spoke to Plaintiff, who is appearing pro se, and he agrees with this request.

    Respectfully submitted,

    METROPOLITAN WASHINGTON
    COUNCIL OF GOVERNMENTS and
    MARIE RICASA


    By  /s/ Lawrence P. Postol_____
        Lawrence P. Postol, DC Bar No. 239277
        James M. Mesnard, DC Bar No. 404385
        SEYFARTH SHAW LLP
        815 Connecticut Avenue, N.W., Suite 500
        Washington, DC  20006-4004
        (202) 463-2400
        lpostol@seyfarth.com

June 20, 2007        Their Attorneys

2

CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing consent motion requesting assignment of a Magistrate Judge for settlement conference was served by first class mail, postage prepaid, this 20th day of June, 2007, upon:

    Madison Collins, Jr.
    7157 Marbury Court
    District Heights, MD  20747

      /s/ Lawrence P. Postol
    Lawrence P. Postol