UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 07-497 (ESH) |
| ) | |
| METROPOLITAN WASHINGTON ) | |
| COUNCIL OF GOVERNMENTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF REFERRAL**

Based upon the parties' Consent Motion Requesting Assignment to a Magistrate Judge for Settlement Conference, it is hereby

**ORDERED** that the motion is **GRANTED**. It is

**FURTHER ORDERED** that this matter is referred to Magistrate Judge John M. Facciola for settlement discussions. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge John M. Facciola following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the settlement conference. It is

**FURTHER ORDERED** that if a settlement conference cannot be held prior to July 13, 2007, plaintiff's response to defendants' motion for judgment on the pleadings shall be due 5 days after the date of the settlement conference.

**SO ORDERED.**

2

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 21, 2007