UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MADISON COLLINS JR., )
)
Plaintiff )
)
v. ) Civil Action No. 07-0497 (ESH)
)
METROPOLITAN WASHINGTON )
COUNCIL OF GOVERNMENTS, et al, )
)
Defendants )
)

## REQUEST FOR MORE TIME TO REPLY TO DEFENDANTS ANSWER

I Plaintiff, Madison Collins request a motion for more time to file or "Reply" to Defendants "Answer" to "Complaint", Civil Action No. 07-0497. The Plaintiff prays the request is in accordance with the federal rules for requesting more time to answer pleadings. I am asking the court for a reasonable amount of time to file my "Reply" and seek Council or legal assistance. The Defendant's were allowed more time to answer Plaintiff's initial complaint, and motioned for judgment on pleadings, January 19th 2007, which had no positive result.

Respectfully submitted,

Madison Collins Jr., Plaintiff
7157 Marbury Court.
District Heights, MD 20747
(301) 516-7756
eli6elon4@aol.com

July, 25, 2007