UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MADISON COLLINS, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-0497 (ESH) |
| METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In view of the amended complaint and the amended answer, it is

**ORDERED** that by October 9, 2007, the parties shall confer and file a Rule 16.3(d) written report, unless by that date defendants have filed a dispositive motion in lieu of the report; and it is

**FURTHER ORDERED** that defendants' motion for judgment on the pleadings [Dkt. No. 8] is **DENIED** without prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 6, 2007