IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR., ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 07-497 (ESH) <br> v. ) <br> ) <br> METROPOLITAN WASHINGTON ) <br> COUNCIL OF GOVERNMENTS, *et al.* ) <br> ) <br> Defendants. ) | |

## DEFENDANTS' RULE 26(a)(1) DISCLOSURES

Defendants, pursuant to Federal Rule of Civil Procedure 26(a)(1), make the following disclosures:

A. PERSONS WITH POSSIBLY DISCOVERABLE INFORMATION:

    1. Persons Identified in Plaintiff's Amended Complaint

        a. Calvin Smith

        b. Nancy Rea

        c. Marie Ricasa

        d. Sandra Adamaho-Bempong

        e. Imelda Roberts

        f. Janet Ernst

        g. Renee Farrish

        h. Owasis Rafigue

        i. Beth Nelson

        j. Lauren Udwari

       Metropolitan Washington Council of Governments
       777 North Capital Street, N.E., Suite 300
       Washington, DC  20002-4239
       (202) 962-3256

The witnesses will testify that the Plaintiff was not harassed nor discriminated against, but rather the Plaintiff performed his job poorly, and he had substantial job performance problems. Ms. Ricasa will also testify she did not close a door on the Plaintiff's hand, and other persons will testify there was no evidence to substantiate the Plaintiff's claim. They will also testify Ms. Ricasa had earlier brought a sexual harassment claim against the Plaintiff. They will also testify as reflected on the attached affidavits of Smith and Ricasa, and the documents attached to them.

2.    All persons identified on attached Exhibit A.

       Metropolitan Washington Council of Governments
       777 North Capital Street, N.E., Suite 300
       Washington, DC  20002-4239
       (202) 962-3256

These are persons who worked at WMCOG at the same time as the Plaintiff, and who identified themselfs as African-Americans, approximately half of whom are also male, and they did not experience any of the problems the Plaintiff alleges he experienced. These individuals represent about one-third of WMCOG's work force. They can testify that they did not have any problem performing their job, and they did not experience any discrimination, nor a hostile work environment, and they did not experience any discrimination against them.

3.    Joey Price, 3521 Vista Verde Drive, Mitchellville, MD 20721;
       301-910-8660.

Mr. Price replaced the Plaintiff in his job, and he will testify he is an African-American male, and he did not have any problem performing the job, and he did not experience any

discrimination against him, nor was he subject to a hostile work environment, and he did not experience any discrimination against him.

B.   RELEVANT DOCUMENTS

The relevant documents are the Plaintiff's attached personnel file, attached Exhibit A, and the attached affidavits with attachments of Calvin Smith and Marie Ricasa.

C.   DAMAGES

N/A.

D.   INSURANCE POLICY

N/A.

Respectfully submitted,

METROPOLITAN WASHINGTON COUNCIL
OF GOVERNMENTS and MARIE RICASA


By _____/s/ Lawrence P. Postol_____
   Lawrence P. Postol, DC Bar No. 239277
   James M. Mesnard, DC Bar No. 404385
   Their Attorneys

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006-4004
(202) 463-2400

Dated:  November 1, 2007

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Defendant's Rule 26(a)(1) Disclosures was served by first class mail, postage prepaid, this 1st day of November, 2007, upon:

>Madison Collins, Jr.
>7157 Marbury Court
>District Heights, MD 20747

>/s/ Lawrence P. Postol
>Lawrence P. Postol

Sheet1

| Employee Name | Gender | Functional Job Description | EEO Code Description |
|---|---|---|---|
| SMITH, CALVIN, SR. L | M | Director, CFO C | Officials and Managers |
| RICE, GEORGE S JR | M | Director, CFO B | Officials and Managers |
| WILLIAMS, LARISSA C | F | Human Resources Analyst I | Professionals |
| HENDERSON, JOANN M | F | Info Systems Manager A | Officials and Managers |
| COLE, JEFFIE C | M | Accounting/Technical Mgr A | Officials and Managers |
| MURCHISON, RAYMON | M | Info Systems Analyst IV | Professionals |
| HARDY, BETTY J | F | Accounting Specialist II | Office and Clerical |
| WEAVER, WALTER | M | Admin Asst II/Admin Serv Asst | Craft Workers (Skilled) |
| FAUCI, PHILLIP | M | Info Systems Analyst IV | Professionals |
| GOODE-ARTHUR, NOAH K | M | Accountant/Budget/Fin Analyst | Professionals |
| PENNINGTON, CHERE J | F | Admin Asst II/Admin Serv Asst | Craft Workers (Skilled) |
| SIMMONS, JEREL | M | Info Systems Analyst I | Professionals |
| JACKSON, TANYA M | F | Receptionist/Admin Support | Craft Workers (Skilled) |
| BARBER, LA SHAWN M | F | Legal Asst/Clerk to Brd Dir II | Office and Clerical |
| WARREN, PATRICIA A | F | Exec Assistant | Craft Workers (Skilled) |
| SADDLER, JEANNE E | F | Director, CFO C | Officials and Managers |
| GIVENS, GARY J | M | Planner II | Professionals |
| BRAXTON, TERRI C | F | Manager B | Officials and Managers |
| ADOMAKO-BEMPONG, SANDRA A | F | Planner II | Professionals |
| SOLOMON, MICHELLE M | F | Research Asst II | Office and Clerical |
| BOYCE, LA TOSHA N | F | Planner III | Professionals |
| WALKER, DOROTHY | F | Planner III | Professionals |
| COLLINS, MADISON | M | Admin Asst II/Admin Serv Asst | Craft Workers (Skilled) |
| SNEAD, ROBERT L JR. | M | Sr Engineer | Professionals |
| HUMEIDA, HAMID O | M | Prin Engineer/Technical Mgr A | Officials and Managers |
| RAWLINGS, MARK D | M | Prin Planner/Technical Mgr A | Officials and Managers |
| ABAI, HAILEMARIAM | M | Senior Budget Analyst | Professionals |
| MOHAMMED, ABDURAHMAN | M | Engineer IV | Professionals |
| LUCAS, EULALIE G | F | Engineer IV | Professionals |
| BETHEA, JOHN T | M | Engineer I | Professionals |
| DAVIS, JOSEPH L | M | Engineer I | Professionals |
| SEIFU, MESERET | F | Engineer IV | Professionals |
| LEIGH, DEBORAH W | F | Admin Asst III/Admin Coord | Craft Workers (Skilled) |
| HAMLIN, WANDA M | F | Engineer III | Professionals |
| RAFIQUE, MOHAMMAD O | M | Commuter Prog Specialist II | Professionals |
| BACON, WILLIAM B, II | M | Planner I | Professionals |
| JOHNSON, TABATHA C | F | Commuter Operations Asst II | Craft Workers (Skilled) |
| ETHERIDGE, DEBORAH A | F | Admin Asst II/Admin Serv Asst | Craft Workers (Skilled) |
| DORSEY, ANDREA | F | Intern | Intern |
| HINTON, TOWANNA | F | Commuter Prog Specialist III | Professionals |



Exhibit A

Sheet1

| | | | |
|---|---|---|---|
| NICHOLS, GEORGE L | M | Prin Planner/Technical Mgr A | Officials and Managers |
| IBRAHIM, MUKHTAR K | M | Engineer II | Professionals |
| LIPFORD, WYETHA R | F | Admin Asst II/Admin Serv Asst | Craft Workers (Skilled) |
| BOGGS, LEAH L | F | Planner II | Professionals |
| HILL, SHERRYLYNN C | F | Admin Asst I | Craft Workers (Skilled) |
| MALCOLM, TOMLYNE | F | Engineer II | Professionals |
| LEWIS, LESLIE D | F | Admin Asst II/Admin Serv Asst | Craft Workers (Skilled) |

**B Total: 44**