UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-497 (ESH) |
| ) | |
| METROPOLITAN WASHINGTON COUNCIL ) | |
| OF GOVERNMENTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MOTION TO COMPEL DISCOVERY AND PRECLUDE EVIDENCE

The Defendant, Metropolitan Washington Council of Governments, by its counsel, respectfully files this motion to compel the Plaintiff to disclose the identify of his current supervisor, so the supervisor can be subpoenaed for a deposition before the January 31, 2008 discovery cut off. Also, because the Plaintiff has never filed a Rule 26(a) disclosure report, he should be precluded from offering any evidence at trial except his own testimony.

As the Court will recall, the Plaintiff has filed this lawsuit pro se, claiming race and sex discrimination, despite the fact that the Plaintiff is an African-American male whose employment was terminated (the Plaintiff resigned instead of being fired) by an African-American male, Calvin Smith, who was also the same person who hired the Plaintiff. The Plaintiff's employment was ended for well documented performance problems. He was replaced by an African-American male.

The Plaintiff is now working elsewhere, and the Defendant wishes to depose his current supervisor so the Defendant can determine (1) what the Plaintiff told the supervisor about Defendant and Plaintiff's work at Defendant, (2) if the Plaintiff fully mitigated his damages with his current employer, (3) if the Plaintiff has any adverse effects from his leaving Defendant's

2

employment and if he has suffered mental anguish as he has claimed, and (4) if Plaintiff has the same job performance problems at his current employer as he had with Defendant. Defendant served the following interrogatory on the Plaintiff on December 18, 2007:

INTERROGATORY NO. 7: Identify your current employer and your direct supervisor, your job duties and your compensation. Identify anyone with your current employer who you believe treats you unfairly or in a discriminatory manner.

Since the answer is due January 17, 2008, Defendants' counsel asked Plaintiff for a date for the deposition of the supervisor, suggesting January 21, 2008. Plaintiff objected to the deposition of his current supervisor, thus prompting this motion.

In addition, Plaintiff has never filed the required Rule 26(a) disclosure report, and the time for doing so is long since past. Since he has failed to disclosure persons with knowledge and relevant documents, he should be precluded from offering any such evidence at trial.

## CONCLUSION

Defendants' motion to compel should be granted.

                               Respectfully submitted,

                               METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS, *et al*.

                               By /s/_____
                                  Lawrence P. Postol, DC Bar No. 239277
                                  James M. Mesnard, DC Bar No. 404385
                                  Their Attorneys

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006

Dated: January 9, 2008

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing MOTION TO COMPEL DISCOVERY was mailed first class, postage prepaid, this 9th day of January, 2008 to:

>Madison Collins, Jr.
>7157 Marbury Court
>District Heights, MD 20747

                                              /s/
                                           Lawrence P. Postol

DC1 30215636.1 / 54509-000002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-497 (ESH) |
| v. ) | |
| ) | |
| METROPOLITAN WASHINGTON ) | |
| COUNCIL OF GOVERNMENTS, *et al.* ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Defendants' Metropolitan Washington Council of Governments' Motion to compel discovery and preclude evidence, and supporting memorandum, and Plaintiff's response to same, it is hereby

ORDERED

1. The motion to compel and precluded evidence is granted.

2. Plaintiff shall within 2 days identify the name, telephone number and business address of his current supervisor to Defendant, and Plaintiff shall have 15 days from this order to arrange the deposition of the supervisor.

3. Plaintiff at trial shall be precluded from offering any evidence except his own testimony.

_____     _____
Judge                                                         Dated

Serve:

Madison Collins, Jr.
7157 Marbury Court
District Heights, MD  20747
(301) 516-7756
eli6elon4@aol.com

Pro Se Plaintiff

Lawrence P. Postol, DC Bar No. 239277
James M. Mesnard, DC Bar No. 404385
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC  2006-4004
(202) 463-2400
Lpostol@seyfarth.com

Counsel for Defendants

4