## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-497 (ESH) |
| ) | |
| METROPOLITAN WASHINGTON COUNCIL ) | |
| OF GOVERNMENTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY AND PRECLUDE EVIDENCE

The Defendant, Metropolitan Washington Council of Governments, by its counsel, respectfully files this memorandum of points and authorities in support of its motion to compel the Plaintiff to disclose the identify of his current supervisor, so the supervisor can be subpoenaed for a deposition before the January 31, 2008 discovery cut off, and to preclude evidence from the Plaintiff because he has never filed a Rule 26(a) disclosure report.

Federal Rule of Civil Procedure 37 allows the Court to compel discovery. Likewise, Rule 26(a) requires a disclosure report, and Rule 37(c)(1) explicitly provides that when a party fails to make the Rule 26 (a) disclosures, the Court should preclude a party from offering evidence which should have been disclosed in the Rule 26 report.

## CONCLUSION

Defendants' motion to compel should be granted.

> Respectfully submitted,
>
> METROPOLITAN WASHINGTON COUNCIL
> OF GOVERNMENTS, *et al*.
>
>
> By  /s/_____
>   Lawrence P. Postol, DC Bar No. 239277
>   James M. Mesnard, DC Bar No. 404385
>   Their Attorneys

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006

Dated:  January 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY was mailed first class, postage prepaid, this 9th day of January, 2008 to:

> Madison Collins, Jr.
> 7157 Marbury Court
> District Heights, MD 20747

    /s/
Lawrence P. Postol

DC1 30215636.2 / 54509-000002