UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR.,<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 07-497(ESH) |
| METROPOLITAN WASHINGTON COUNCIL<br>OF GOVERNMENTS, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO REQUEST REVISED SCHEDULING ORDER

I Plaintiff Madison Collins Jr. respectfully request the Court revise the Scheduling Order established 10/22/07, to allow the *pro se* plaintiff the time to request crucial documentation from the Defendants to support the Plaintiff's case, answer the Defendant's Interrogatories and allow the Plaintiff more time to collect witness statements and affidavits.

The *pro se* plaintiff acknowledges he did not fully understand the significance of Rule 26(a)(2), F,R.Civ.P., at the hearing on 10/22/07 however the plaintiff has reviewed the rules set forth by the Court and thoroughly understands that he will be held fully accountable for not abiding by the rules set forth by the Court. The Plaintiff also acknowledges and fully understands the viability of sanctions.



**RECEIVED**
JAN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Plaintiff's prays the Court recognizes the pains the *pro se* plaintiff experiences when requesting discovery documentation from a Defendant in cases of discrimination and especially when the Plaintiff is wrongfully terminated. The abruptness of the "Wrongful Termination" by the Defendant's did not allow the Plaintiff the opportunity to retrieve specific discovery documents that were vitally important and specifically related to this case on the Plaintiff's behalf. Additionally, many of the Plaintiff's witnesses and potential witness are still employed by the Defendants and are willing to come forward and give statements and accounts of incidences on the Plaintiff's behalf now that Defendant Calvin Smith is no longer employed by The Metropolitan Washington Council of Governments.

The Plaintiff also requests more time to answer the Defendants Interrogatories without sanctions. The vagueness, ambiguity and repetition of the information requested in the questions were confusing and in the Plaintiff's judgment will not add any light to the facts that will determine this case.

Based on these arguments the Plaintiff duly requests the Court grant a reasonable period of time to abide by the rules set forth by the Scheduling Order of 10/22/07.

Respectfully submitted,

Madison Collins Jr., Plaintiff
7157 Marbury Court
District Heights, MD 20747
(301) 516-7756
eli6elon4@aol.com

January 24, 2008

## CERTIFICATE OF SERVICE

This is to certify that a true copy of "Plaintiff's Motion to Request Revised Scheduling Order" was served by regular and certified mailed today January 23, 2008, to:

>Lawrence P. Postol, Counsel for Defendants
>SEYFARTH SHAW LLP
>815 Connecticut Avenue, N.W.
>Suite 500
>Washington, DC 20006-4004
>(202) 463-2400