## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADISON COLLINS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-497 (ESH) |
| ) | |
| METROPOLITAN WASHINGTON COUNCIL ) | |
| OF GOVERNMENTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO REQUEST REVISED SCHEDULING ORDER

The Defendants, Metropolitan Washington Council of Governments and Marie Ricasa, by their counsel, respectfully file this memorandum of points and authorities in opposition to the Plaintiff's motion to request revised scheduling order.

Defendants would initially note that it was the Plaintiff who insisted on Rule 26(a)(1) Disclosures, despite the Defendants warning him of the consequences of doing so, and Defendants' suggest that the Rule be waived. See paragraph 6 of the Rule 16 Report filed on October 9, 2007. Plaintiff claims he did not realize the consequence of Rule 26(a)(1), but how can that be, when it was he who insisted on its use in the face of Defendants suggestion that the parties waive the Rule. Is Plaintiff admitting he insisted on use of a rule without reading the rule?

Indeed, the Plaintiff received Defendants' Rule 26(a)(1) Disclosures on November 1, 2007, so surely by then he knew what was required. This is not a case of a plaintiff providing inadequate disclosures. Rather, the Plaintiff has made no attempt at making the Rule 26(a)(1) Disclosure, nor of answering the Defendants' discovery. Moreover, at the October 22, 2007 hearing, the Court warned the Plaintiff that he would have to comply with the rules.

2

The Defendants filed their initial Answer on June 12, 2007.  Over 6 months has elapsed since then.  Plaintiff has not even suggested any good cause for his inaction over the last 6 months in not producing even one piece of evidence in support of his case.

Plaintiff alleges that witnesses were not forthcoming because of Calvin Smith, his former supervisor at Defendant Metropolitan Washington Council of Governments.  Mr. Smith is a African-American male like the Plaintiff, and there is not one shred of evidence he prevented any witness from coming forward.  Moreover, Mr. Smith left the Defendant Metropolitan Washington Council of Governments on January 18, 2008, so the Plaintiff has had over 10 days since to contact witnesses who he claims were intimidated by Mr. Smith's presence at Defendant Metropolitan Washington Council of Governments.

As the Court recalls, the Defendants were ready to file for summary judgment in October, 2007.  The Court required that the Defendants wait until discovery was completed before filing their motion for summary judgment.  There has been no showing of good cause for further delay.  The Plaintiff has done nothing with the 3 months time the Court gave him.

## CONCLUSION

Plaintiff's motion should be denied.

                                        Respectfully submitted,

                                        METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS, *et al*.

                                        By  /s/_____
                                            Lawrence P. Postol, DC Bar No. 239277
                                            Their Attorneys

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006

Dated:  January 28, 2008

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the foregoing DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO REQUEST REVISED SCHEDULING ORDER was mailed first class, postage prepaid, this 28th day of January, 2008 to:

> Madison Collins, Jr.
> 7157 Marbury Court
> District Heights, MD 20747

                                                          /s/
                                                 Lawrence P. Postol